UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

MINUTE ENTRY:
SEPTEMBER 18, 2018
CHIEF JUDGE SHELLY D. DICK

**JESSIE CRITTINDON, ET AL.**

**VERSUS**

**MARLIN GUSMAN, ET AL.**

**CIVIL ACTION**

**17-512-SDD-EWD**

This cause came on this day for hearing on a *Motion to Dismiss*[1] by Gary Maynard; *Motion to Dismiss*[2] by Angela Griffin, James LeBlanc, and Perry Stagg; *Motion to Dismiss*[3] by Johnny Hedgemon, Edward Knight, and Wydette Williams; and *Motion to Dismiss*[4] by Corey Amacker and Marlin Gusman.

**PRESENT:** **Emily Washington, Esq.**
**James Craig, Esq.**
**Counsel for Plaintiffs**

**Matthew Paul, Esq.**
**Counsel for Defendant, Gary Maynard**

**James Evans, Esq.**
**Counsel for Defendants, Griffin, LeBlanc, and Stagg**

**Blake Arcuri, Esq.**
**Counsel for Defendants, Amacker and Gusman**

**Timothy Richardson, Esq.**
**Counsel for Defendants, Hedgemon, Knight, and Williams**

---

[1] Rec. Doc. 17.
[2] Rec. Doc. 21.
[3] Rec. Doc. 22.
[4] Rec. Doc. 50.

Counsel make appearances. The Court, for the oral reasons provided, GRANTS Gary Maynard's motion[5] and dismisses him from the suit.

Court hears oral argument from counsel for the Department of Corrections, Orleans Parish, East Carroll Parish, and Plaintiffs.

For the oral reasons provided, the Court DENIES the Defendants' *Motions to Dismiss*[6] with respect to the official capacity and state law claims, and the Plaintiffs' pleadings assert facts which, if true, would overcome the defense of qualified immunity as to the individual capacity claims.

\* \* \* \* \*

Reporter: Shannon Thompson
cv25b/1.25

---

[5] Rec. Doc. 17.
[6] Rec. Docs. 21, 22, and 50.