1 of 2

**ANGELA GRIFFIN/CORRECTIONS**
11/21/2016 03:14 PM

To  ANGELA SMITH/CORRECTIONS@CORRECTIONS
cc
bcc
Subject  Fw: Offender Jessie Crittindon

See me on this......

Thanks,

Angela Griffin

—— Forwarded by ANGELA GRIFFIN/CORRECTIONS on 11/21/2016 03:14 PM ——

**PERRY STAGG/LSP/CORRECTIONS**
11/21/2016 02:57 PM

To  ANGELA GRIFFIN/CORRECTIONS@CORRECTIONS,
   ANGELA SMITH/CORRECTIONS@CORRECTIONS
cc
Subject  Fw: Offender Jessie Crittindon

Please see what you can find on this and get back to me.

Thanks,

Perry R. Stagg, CCE
Acting Deputy Assistant Secretary
Office of Adult Services
Louisiana Department of Corrections
(225)342-6654 office
(225)328-0334 cell

—— Forwarded by PERRY STAGG/LSP/CORRECTIONS on 11/21/2016 02:57 PM ——



**Monisa Lentz/CORRECTIONS**
11/21/2016 02:33 PM

To  PERRY STAGG/LSP/CORRECTIONS@CORRECTIONS
cc
Subject  Fw: Offender Jessie Crittindon

Perry:

Please see below and handle as appropriate.

Thanks,
Monisa

Monisa D. Lentz
Department of Public Safety and Corrections



EXHIBIT
35

Crittindon002330

2 of 2

Office of the Deputy Secretary
P.O. Box 94304
Baton Rouge, LA 70804
225-342-6744
225-342-3095 Fax

—— Forwarded by Monisa Lentz/CORRECTIONS on 11/21/2016 02:32 PM ——

Raven
Groom/CORRECTIONS

11/21/2016 01:37 PM

To   Monisa Lentz/CORRECTIONS@CORRECTIONS

cc   Barbara McMullan/CORRECTIONS@CORRECTIONS,
     Malcolm Myer/CORRECTIONS@CORRECTIONS, Elizabeth
     Traylor/CORRECTIONS@CORRECTIONS

Subject   Offender Jessie Crittindon

Tammie Crittindon, the mother of the above referenced offender, called in regards to her son's time not being calculated. Upon further discussion, I learned that Offender Crittindon has been in Riverbend DC since July of 2014. He was sentenced in August of 2016. I know that they could be a little behind in regards to his time calculation but I cannot find him in Cajun. Can you have this looked into and provide me with an update?

His mother's contact number is 225-454-1342.


Raven Groom
Administrative Coordinator
Louisiana Department of Public Safety & Corrections
Office of the Secretary

1 of 3

ANGELA
GRIFFIN/CORRECTIONS

11/22/2016 08:14 AM

To  PERRY STAGG/LSP/CORRECTIONS@CORRECTIONS

cc  ANGELA SMITH/CORRECTIONS@CORRECTIONS,
    GLYNN STASSI/CORRECTIONS@CORRECTIONS

bcc

Subject  Re: Offender Jessie Crittindon

We do not know if he is DOC. The only way we know when an offender is DOC is when we receive the
complete PreClass packet.

Thanks,

Angela Griffin

PERRY STAGG      So is he a DOC inmate? Who do I contact at DWC(      11/21/2016 05:34:14 PM

PERRY
STAGG/LSP/CORRECTIONS

11/21/2016 05:34 PM

To  ANGELA GRIFFIN/CORRECTIONS@corrections

cc  ANGELA SMITH/CORRECTIONS@corrections, GLYNN
    STASSI/CORRECTIONS@corrections

Subject  Re: Offender Jessie Crittindon

So is he a DOC inmate? Who do I contact at DWCC?

Perry R. Stagg, CCE
Acting Deputy Assistant Secretary
Office of Adult Services
Louisiana Department of Corrections
225-342-6654 (office)
225-328-0334 (cell)

On Nov 21, 2016, at 5:20 PM, ANGELA GRIFFIN <agriffin@corrections.state.la.us> wrote:

This offender is not in CAJUN. We do not know where he was convicted. The paperwork is
worked by Parish of Conviction, if he was sentenced in East Carroll, that would be a DWCC case
to work.

Thanks,

Angela Griffin

PERRY STAGG---11/21/2016 02:57:56 PM---Please see what you can find on this and get back to
me. Thanks,

PERRY
STAGG/LSP/CO
RRECTIONS

To ANGELA GRIFFIN/CORRECTIONS@CORRECTIONS, ANGELA
   SMITH/CORRECTIONS@CORRECTIONS

cc

2 of 3

SubjFw: Offender Jessie Crittindon
ect
11/21/2016
02:57 PM

Please see what you can find on this and get back to me.


Thanks,


Perry R. Stagg, CCE
Acting Deputy Assistant Secretary
Office of Adult Services
Louisiana Department of Corrections
(225)342-6654 office
(225)328-0334 cell


----- Forwarded by PERRY STAGG/LSP/CORRECTIONS on 11/21/2016 02:57 PM -----

Monisa
Lentz/CORRECTI    ToPERRY STAGG/LSP/CORRECTIONS@CORRECTIONS
ONS    cc
    SubjectFw: Offender Jessie Crittindon
11/21/2016 02:33
PM

Perry:

Please see below and handle as appropriate.

Thanks,
Monisa

Monisa D. Lentz
Department of Public Safety and Corrections
Office of the Deputy Secretary
P.O. Box 94304
Baton Rouge, LA 70804
225-342-6744
225-342-3095 Fax


----- Forwarded by Monisa Lentz/CORRECTIONS on 11/21/2016 02:32 PM -----

R    ToMonisa Lentz/CORRECTIONS@CORRECTIONS
av    ccBarbara McMullan/CORRECTIONS@CORRECTIONS, Malcolm
en    Myer/CORRECTIONS@CORRECTIONS, Elizabeth
Gr    Traylor/CORRECTIONS@CORRECTIONS
oo    SubOffender Jessie Crittindon
m/    ject
C
O
R
R
E
C
TI
O
N
S

Crittindon002333

11
/2
1/
20
16
01
:3
7
P
M

Tammie Crittindon, the mother of the above referenced offender, called in regards to her son's time not being calculated. Upon further discussion, I learned that Offender Crittindon has been in Riverbend DC since July of 2014. He was sentenced in August of 2016. I know that they could be a little behind in regards to his time calculation but I cannot find him in Cajun. Can you have this looked into and provide me with an update?

His mother's contact number is 225-454-1342.


Raven Groom
Administrative Coordinator
Louisiana Department of Public Safety & Corrections
Office of the Secretary

Crittindon002334

1 of 5

 **ANGELA SMITH/CORRECTIONS**
12/08/2016 02:57 PM

To  ANGELA GRIFFIN/CORRECTIONS@CORRECTIONS
cc
bcc
Subject  Fw: orleans offenders

FYI

Thanks
Angela Smith, Corrections ARDC Manager
Headquarters - Pre Class
Out of State / Federal
asmith@corrections.state.la.us
Phone   225-342-2331
Fax      225-342-3861
Fax      225-342-3759
—— Forwarded by ANGELA SMITH/CORRECTIONS on 12/08/2016 02:57 PM ——

 **Laura Sevier**
<laura_johnson62@hotmail.com>
12/08/2016 02:29 PM

To  ANGELA SMITH <asmith@corrections.state.la.us>
cc  "glynnstassi@corrections.state.la.us"
    <glynnstassi@corrections.state.la.us>
Subject  Re: orleans offenders

Good afternoon, Angela and Glynn,

Attached is a spreadsheet of offenders that we were unable to bill DOC for during the month of November. This list contains only the offenders transferred from Orleans Parish. On this sheet is the original transfer date to River Bend and the DOC date that Corey Amacker provided to me via e-mail. Most of these guys we have keyed in to AFIS for OPP. Unfortunately some slipped through the cracks either because OPP did not send us the sentencing paperwork or they were overlooked by us. We have tried to go back and make sure that we have everyone from November forward. You will see that some of these offenders went DOC in prior months but are not updated in CAJUN yet. A few of the offenders came to us from OPP as DOC already. We did not put them on AFIS. Corey advised that OPP personnel had already processed them in that case.

If you find that you are missing preclass paperwork on any of the offenders, please let me know I will see if we have it. I can have our personnel print a copy of the AFIS information and we can copy the paperwork we have on file and send it to you.

Basically I have provided the DOC number when I can find them on CAJUN, name, race and sex, date of birth, transfer date to River Bend from OPP. If there is no "transferred to" date then

Crittindon002335

2 of 5

the offenders have remained here from the original "transfer date" to present day. They were transported for sentencing on their DOC date by our personnel and returned to us the same day.

I am going to work my way backward from November to July. Hopefully, we will be able to stay up to date each month. After the first of the year, I will prepare the same information for the offenders that we could not bill for in December.

Laura Sevier

River Bend Detention Center

**From:** ANGELA SMITH <asmith@corrections.state.la.us>
**Sent:** Thursday, December 8, 2016 8:17 AM
**To:** laura_johnson62@hotmail.com
**Subject:** orleans offenders

Good morning

Can you send me an updated list of offenders that are housed with you from Orleans parish that are DOC without paperwork  ??

Thanks
Angela Smith, Corrections ARDC Manager
Headquarters - Pre Class
Out of State / Federal
asmith@corrections.state.la.us
Phone    225-342-2331
Fax        225-342-3861

Fax        225-342-3759 ⬜ - OPP offenders - 112016.xlsx

| DOC | Name | R/S | DOB | Transfer Date | DOC Date | Transferred To | Transfer Out Date |
|---|---|---|---|---|---|---|---|
| | | B/M | 9/23/1985 | 5/3/2016 | 10/25/2016 | | |
| | | B/M | 6/21/1997 | 3/23/2016 | 10/7/2016 | | |
| | | B/M | 12/9/1985 | 9/29/2016 | 11/9/2016 | | |
| | | B/M | 4/22/1996 | 5/21/2016 | 9/9/2016 | | |
| | | B/M | 1/31/1989 | 7/29/2016 | 9/14/2016 | | |
| | | B/M | 5/21/1970 | 10/24/2016 | 10/24/2016 | OPP | 11/21/2016 |
| | | B/M | 12/26/1972 | 8/18/2016 | 8/18/2016 | | |
| | | B/M | 2/4/1979 | 5/14/2016 | 8/15/2016 | | |
| | | W/M | 5/20/1980 | 5/3/2016 | 9/12/2016 | | |
| | Cobb, Steven | W/M | 10/22/1974 | 6/10/2016 | 6/28/2016 | | |
| | Copelin, Eddie | B/M | 1/18/1995 | 5/13/2016 | 10/14/2016 | | |
| | | B/M | 4/13/1988 | 5/13/2016 | 9/12/2016 | | |
| | Crittindon, Jessie | B/M | 8/27/1986 | 5/25/2016 | 8/2/2016 | | |
| 556238 | Dominick, Phillip | B/M | 12/4/1989 | 9/13/2015 | 9/1/2016 | Home | 12/7/2016 |
| | | B/M | 6/19/1984 | 5/14/2016 | 11/4/2016 | | |
| | | B/M | 12/2/1978 | 11/11/2016 | 11/11/2016 | | |
| | | B/M | 12/3/1957 | 9/10/2016 | 10/27/2016 | | |
| | | B/M | 10/31/1986 | 3/31/2016 | 8/9/2016 | | |
| | | B/M | 9/16/1987 | 8/18/2016 | 8/18/2016 | | |
| | | B/M | 2/18/1987 | 6/22/2016 | 7/13/2016 | | |
| | | B/M | 11/3/1986 | 1/22/2016 | 10/7/2016 | | |
| | | B/M | 2/28/1967 | 9/29/2016 | 10/14/2016 | | |
| | | B/M | 11/25/1985 | 8/18/2016 | 8/18/2016 | | |
| | | B/M | 10/14/1996 | 5/13/2016 | 11/14/2016 | | |

3 of 5

| | | | | | | |
|---|---|---|---|---|---|---|
| B/M | 2/2/1998 | 3/31/2016 | 10/14/2016 | | |
| B/M | 4/26/1989 | 5/3/2016 | 10/14/2016 | | |
| B/M | 5/26/1986 | 9/29/2016 | 9/29/2016 | OPP | 11/30/2016 |
| B/M | 9/22/1991 | 6/10/2016 | 9/22/2016 | | |
| B/M | 3/26/1979 | 4/1/2016 | 9/23/2016 | | |
| W/M | 10/29/1949 | 3/9/2016 | 7/15/2016 | | |
| B/M | 4/9/1969 | 3/9/2016 | 10/28/2016 | | |
| W/M | 5/11/1980 | 7/29/2016 | 10/6/2016 | | |
| B/M | 7/5/1990 | 6/10/2016 | 9/1/2016 | | |
| B/M | 4/18/1963 | 6/29/2016 | 10/19/2016 | | |
| B/M | 8/21/1989 | 7/22/2016 | 9/8/2016 | | |
| W/M | 11/2/1978 | 3/9/2016 | 6/16/2016 | | |
| B/M | 9/24/1987 | 3/23/2016 | 7/13/2016 | OPP | 12/5/2016 |
| W/M | 6/6/1992 | 9/10/2016 | 10/6/2016 | River CC | 12/2/2016 |
| B/M | 12/5/1994 | 3/31/2016 | 3/15/2016 | Home | 11/3/2016 |
| B/M | 1/2/1998 | 3/9/2016 | 10/14/2016 | | |
| B/M | 10/5/1991 | 5/3/2016 | 6/3/2016 | | |
| B/M | 11/4/1989 | 5/14/2016 | 10/12/2016 | | |
| B/M | 12/25/1987 | 7/22/2016 | 10/21/2016 | | |
| B/M | 4/18/1996 | 9/10/2016 | 9/10/2016 | | |
| B/M | 11/3/1984 | 5/14/2016 | 7/7/2016 | OPP | 11/15/2016 |
| B/M | 3/9/1981 | 5/14/2016 | 9/27/2016 | | |
| B/M | 11/19/1975 | 9/16/2016 | 10/14/2016 | | |
| B/M | 4/22/1979 | 8/18/2016 | 9/8/2016 | | |
| B/M | 2/21/1967 | 9/10/2016 | 9/10/2016 | | |
| B/M | 6/25/1994 | 10/21/2016 | 10/21/2016 | | |

4 of 5

Crittindon002338

| | | | B/M | 10/6/1974 | 6/22/2016 | 10/14/2016 | St. John/Bapt | 12/8/2016 |
|---|---|---|---|---|---|---|---|---|
| | | | B/M | 8/3/1994 | 9/16/2016 | 10/25/2016 | OPP | 12/5/2016 |
| | | | B/M | 12/11/1991 | 9/10/2015 | Unknown | | |
| | | | B/M | 10/2/1980 | 8/18/2016 | 8/18/2016 | | |
| | | | W/M | 10/19/1970 | 2/24/2016 | 7/22/2016 | | |
| | | | B/M | 10/22/1987 | 6/29/2016 | 7/14/2016 | | |
| | | | B/M | 5/31/1988 | 5/13/2016 | 9/1/2016 | | |

Crittindon002339

*Jessie Crittindon is on list*

*1 of 5*

 **ANGELA SMITH/CORRECTIONS**
12/27/2016 09:12 AM

To ANGELA GRIFFIN/CORRECTIONS@CORRECTIONS
cc
bcc
Subject Fw: ORLEANS/RIVERBEND AUDIT

History:        ⤵ This message has been forwarded.

FYI

Thanks
Angela Smith, Corrections ARDC Manager
Headquarters - Pre Class
Out of State / Federal
asmith@corrections.state.la.us
Phone    225-342-2331
Fax       225-342-3861
Fax       225-342-3759
----- Forwarded by ANGELA SMITH/CORRECTIONS on 12/27/2016 09:12 AM -----

 "Amacker, Corey"
<amackerc@opso.us>
12/27/2016 07:53 AM

To Joseph Bordelon
<JosephBordelon@corrections.state.la.us>, ANGELA
SMITH <asmith@corrections.state.la.us>, Sharita Spears
<SharitaSpears@corrections.state.la.us>, Kenedra Burton
<KenedraBurton@corrections.state.la.us>
cc
Subject ORLEANS/RIVERBEND AUDIT


        Just to give you all a heads up at what I am looking at with this whole Riverbend
fiasco. I have found  a total of about 100 inmates so far whom were supposedly pre-classed by
them for us.  None of them are update/calculated/worked in CAJUN !


        Myself and one of my staff are traveling to Riverbend tomorrow to train them on the
process of inputting sentences into AFIS upon sentencing.  All of these inmates will have to be
put in correctly in order to have this corrected.  I am going to attach the list of what I have so far
to this email just to give you an idea of what we are looking at.  Some of these inmates have
sentences of up to 100y HL and others are most likely full term once calculated.


        I will keep you posted as to what I can figure out once I return from Riverbend on
Thursday.

2 of 5

Corey Amacker

Department of Corrections Classification Manager

Office 504-202-9309


*This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the Orleans Parish Sheriff's Office. This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or*

*taking any action in reliance on the contents of this information is strictly prohibited.*
ORLEANS..RIVERBEND DOC AUDIT FORM 12262016.xlsx

Crittindon002341

ORLEANS/RIVERBEND D.O.C.
AUDIT

3 of 5

| LAST NAME | FIRST NAME | D.O.B. | DOC# | SENTENCE DATE | FOLDER # |
|---|---|---|---|---|---|
| | | 4/2/1995 | | 4/7/2016 | 2427487 |
| | | 6/14/1972 | | 4/6/2016 | 2422629 |
| | | 2/20/1994 | | 4/19/2016 | 2397952 |
| | | 12/15/1994 | | 4/19/2016 | 2416927 |
| | | 3/30/1997 | | 5/3/2016 | 2419093 |
| | | 8/16/1994 | | 5/16/2016 | 2426425 |
| | | 5/19/1993 | | 5/20/2016 | 2421593 |
| | | 1/2/1989 | | 5/19/2016 | 2430294 |
| | | 2/26/1990 | | 5/17/2016 | 2419917 |
| | | 11/8/1991 | | 5/18/2016 | 2429440 |
| | | 3/31/1994 | | 5/17/2016 | 2341855 |
| | | 6/6/1986 | | 4/28/2016 | 2429967 |
| | | 12/24/1952 | | 5/24/2016 | 2423168 |
| | | 9/27/1990 | | 5/26/2016 | 2420314 |
| | | 11/3/1972 | | 11/3/2016 | 2429598 |
| | | 3/6/1987 | | 6/17/2016 | 2409080 |
| | | 5/26/1965 | | 6/16/2016 | 2430652 |
| | | 8/10/1981 | | 6/15/2016 | 2398777 |
| | | 11/20/1993 | | 6/16/2016 | 2432544 |
| | | 10/10/1992 | | 6/16/2016 | 2432550 |
| | | 11/2/1978 | | 6/16/2016 | 2401114 |
| | | 6/26/1992 | | 6/9/2016 | 2429960 |
| | | 3/18/1993 | | 6/14/2016 | 2431354 |
| | | 7/7/1979 | | 6/2/2016 | 2423768 |
| | | 10/5/1991 | | 6/3/2016 | 2422312 |
| | | 1/30/1982 | | 6/8/2016 | 2429731 |
| | | 9/22/1989 | | 5/16/2016 | 2418395 |
| | | 3/4/1995 | | 6/23/2016 | 2425985 |
| | | 8/13/1955 | | 6/24/2016 | 2423679 |
| | | 3/16/1978 | | 6/23/2016 | 2431789 |
| | | 7/26/1990 | | 6/20/2016 | 2396000 |
| | | 4/22/1993 | | 6/20/2016 | 2430225 |
| | | 5/26/1959 | | 7/13/2016 | 2425095 |
| | | 2/18/1987 | | 7/13/2016 | 2434104 |
| | | 2/10/1980 | | 7/14/2016 | 2380997 |
| | | 4/26/1994 | | 7/13/2016 | 2410521 |
| | | 6/14/1992 | | 7/13/2016 | 2410522 |
| | | 12/27/1989 | | 7/13/2016 | 2427757 |
| GUIDRY | DONALD | 12/18/1991 | 713219 | 7/12/2016 | 2404480 |
| | | 12/30/1994 | | 6/2/2016 | 2433108 |
| | | 10/29/1949 | | 7/15/2016 | 2425778 |
| | | 10/22/1987 | | 7/14/2016 | 2434567 |
| | | 7/5/1970 | | 7/22/2016 | 2407502 |
| | | 10/19/1970 | | 7/22/2016 | 2425038 |
| | | | | | |

ORLEANS/RIVERBEND D.O.C.
AUDIT

4 of 5

| LAST NAME | FIRST NAME | D.O.B. | DOC# | SENT. DATE | FOLDER # |
|---|---|---|---|---|---|
| | | 7/10/1979 | | 8/1/2016 | 2432663 |
| | | 7/10/1995 | | 8/1/2016 | 2424717 |
| | | 9/16/1987 | | 8/16/2016 | 2349199 |
| | | 5/10/1989 | | 9/8/2016 | 2273554 |
| | | 4/22/1996 | | 9/9/2016 | 2426807 |
| | | 7/5/1990 | | 9/1/2016 | 2431508 |
| | | 4/13/1988 | | 9/12/2016 | 2420539 |
| | | 5/20/1980 | | 9/12/2016 | 2426887 |
| | | 2/21/1967 | | 9/6/2016 | 2431799 |
| | | 11/19/1990 | | 9/8/2016 | 2438575 |
| | | 3/15/1956 | | 9/7/2016 | 2437752 |
| | | 10/16/1986 | | 5/12/2016 | 2421745 |
| | | 3/27/1984 | | 9/2/2016 | 2435686 |
| | | 11/11/1990 | | 8/8/2016 | 2432782 |
| | | 10/10/1991 | | 7/8/2016 | 2433083 |
| | | 1/31/1989 | | 9/13/2016 | 2435484 |
| | | 8/21/1989 | | 9/8/2016 | 2433932 |
| | | 4/22/1979 | | 9/8/2016 | 2421032 |
| | | 7/8/1994 | | 9/13/2016 | 2437177 |
| | | 6/4/1992 | | 11/10/2016 | 2441338 |
| | | 7/9/1992 | | 9/20/2016 | 2434312 |
| | | 11/1/1978 | | 11/2/2016 | 2441256 |
| | | 1/30/1979 | | 9/2/2016 | 2429864 |
| | | 6/21/1997 | 591055 | 10/7/2016 | 2414661 |
| COPELIN | EDDIE | 1/18/1995 | *** | 10/14/2016 | 2425308 |
| | | 1/17/1970 | | 10/17/2016 | 2436612 |
| | | 10/13/2016 | | 10/13/2016 | 2422671 |
| | | 1/30/1991 | | 10/12/2016 | 2438406 |
| | | 2/28/1967 | | 10/14/2016 | 2423525 |
| | | 2/2/1998 | | 10/14/2016 | 2424724 |
| | | 4/26/1989 | | 10/14/2016 | 2431418 |
| | | 9/22/1991 | | 9/22/2016 | 2430702 |
| | | 3/26/1979 | | 9/23/2016 | 2387840 |
| | | 5/11/1980 | | 10/6/2016 | 2436104 |
| | | 4/18/1963 | | 10/19/2016 | 2433658 |
| | | 1/2/1998 | | 10/14/2016 | 2428345 |
| | | 11/4/1989 | | 10/12/2016 | 2430949 |
| | | 12/25/1987 | | 10/21/2016 | 2434225 |
| | | 3/22/1991 | | 10/4/2016 | 2429122 |
| | | 3/9/1981 | | 9/27/2016 | 2429944 |
| CRITTINDON | JESSIE | 8/27/1986 | *** | 8/27/1986 | 2392350 |
| | | 9/23/1985 | | 10/25/2016 | 2432589 |
| | | 12/9/1985 | | 11/9/2016 | 2438495 |
| | | 6/19/1984 | | 11/4/2016 | 2430750 |
| | | 12/3/1957 | | 10/27/2016 | 2436216 |

ORLEANS/RIVERBEND D.O.C.
AUDIT

5 of 5

| LAST NAME | FIRST NAME | D.O.B. | DOC# | SENT. DATE | FOLDER # |
|-----------|------------|--------|------|------------|----------|
| ████ | ████ | 10/14/1996 | ████ | 11/14/2016 | 2404646 |
| | | 4/9/1969 | | 10/28/2016 | 2425906 |
| | | 6/25/1994 | | 10/26/2016 | 2358303 |
| | | 11/19/1975 | | 10/14/2016 | 2435454 |
| | | 10/6/1974 | | 10/15/2016 | 2418538 |
| | | 12/2/1978 | | 11/4/2016 | 2440698 |
| | | 2/18/1987 | | 7/13/2016 | 2434104 |
| GALLOWAY | | 2/7/1990 | | 12/20/2016 | 2436861 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |



**ANGELA SMITH/CORRECTIONS**

01/13/2017 09:50 AM

To  MARY STRICKLAND/CORRECTIONS@CORRECTIONS,
Tessie Cooley/CORRECTIONS@CORRECTIONS, Dana
Bell/CORRECTIONS@CORRECTIONS, Karen

cc  ANGELA GRIFFIN/CORRECTIONS@CORRECTIONS

bcc

Subject  immediate releases

An immediate release email was sent down earlier by Kenedra for the below:

| | | |
|---|---|---|
| Eddie Copelin | 717957 | Riverbend |
| Jessie Crittindon | 717961 | Riverbend |

Per Chief Smith it is imperative that these offenders are released today if possible

If they can't for any reason, please let me know.


Thanks
Angela Smith, Corrections ARDC Manager
Headquarters - Pre Class
Out of State / Federal
asmith@corrections.state.la.us
Phone    225-342-2331
Fax       225-342-3861
Fax       225-342-3759

Crittindon002345



Laquinta
Edmond/CORRECTIONS

01/13/2017 12:45 PM

To  ANGELA GRIFFIN/CORRECTIONS@CORRECTIONS

cc

bcc

Subject  Fw: Immediate Orleans

**Laquinta Grisby-Edmond**
LA Department of Public Safety & Corrections
Office of Adult Services- PreClass Division
Corrections ARDC Specialist
Ph: 225-342-3899
Fax: 225-342-3886



—— Forwarded by Laquinta Edmond/CORRECTIONS on 01/13/2017 12:45 PM ——

From:       Laquinta Edmond/CORRECTIONS
To:         Kenedra Burton/CORRECTIONS@CORRECTIONS
Date:       01/12/2017 02:38 PM
Subject:    Immediate Orleans

Eddie Conelin          01/18/1995



Jessie Crittindon      08/27/1986

**Laquinta Grisby-Edmond**
LA Department of Public Safety & Corrections
Office of Adult Services- PreClass Division
Corrections ARDC Specialist
Ph: 225-342-3899
Fax: 225-342-3886



```
                    TIME COMPUTATION & JAIL CREDITS        PG: 1    OF  1
NAME : CRITTINDON, JESSIE                        DOC NUMBER : 00717961
CAJ.II OFF.#             001
OFF. DATE               07022014
-----------------------------------------------------------------------------
ARRESTED                07022014
BONDED
ARRESTED
BONDED
ARRESTED
BONDED
ARRESTED
BONDED
ARRESTED
BONDED
ARRESTED
BONDED
ARRESTED
BONDED
ARRESTED
BONDED
ARRESTED
BONDED
REMANDED
SENT DATE               08022016
SENT START              08022016
PROB/BOND/ESC
ARRESTED
BONDED
ARRESTED
BONDED
REMANDED
REVOKED
REV START
STATUTE         14:60
PAR & DKT#      ORL    521975
SENT LENGTH(YYYMMDD)    0020000
JAIL CREDIT             000762
AWARD CREDIT            000000
ACT 792
BAL OWED          0 08022016
GT ACT                    1099
MUST SERV         -142 03122016
OFF.CLASS                 01
PAROLE ELG?                Y
PAROLE BAL.       -142 08022016
CONSECUTIVE FLAG
-----------------------------------------------------------------------------
            DBDS: 00000000   RAW DS: 01132017   TOT.    RESTORATION
      FTD: 01132017  PED: 08022016  ADJ. DS: 01132017  LOSS:0000      0DAYS
CONTROLL OFF:  01              01                01
GT CONTROLLING STACK: <DTA>          GT CREDIT...: 000000
CTRP Release Factor:0000             DISASTER RELIEF: 000000
CTRP GT Earned   :0000 DAYS     CUTOFF DATE..: **/**
COMMENTS.........: INITIAL TIME COMP
NOTE: ALL DATES (APPLICABLE) FOR ROLLOVER ARE ADJUSTED TO 00000000 TOT.ADJ.
COMPUTED BY.....: L DUFOUR            .          01/13/17      MS
```

PQ 1-13-17

Crittindon002360

```
DATE: 01/13/17            DPS&C CORRECTIONS SERVICES            CINQTR
TIME: 08:54:13136      CAJUN II - TRANSFER RECORD INQUIRY    SCREEN 1   OF   1

CRITTINDON, JESSIE            B/M   DOC#:  00717961   SID#:   002867620
ASGN LOC:  8002-OAS/NORTH JAILS        PHYS LOC:  549U-RIVERBEND DETENTION

          ASSIGNED              PHYSICAL         REASON    FROM
          LOCATION              LOCATION          CODE     DATE

    _   OAS/SOUTH JAILS       ORLEANS PP           A101   20160802
    _   OAS/NORTH JAILS       RIVERBEND DETENTION  A402   20160802

F2=MENU  F3=ROLL BACKWARD  F4=ROLL FORWARD  F5=STATUS INQUIRY  F6=CAJ1 TRNS
         F7=RESORT IN DESCENDING ORDER   F8=CADDTRN   F9=CMODTRN
         TAB TO THE APPROPRIATE LINE AND XMIT TO   DISPLAY   TRANSFER RECORD
```

Crittindon002367