Louisiana Department of Public Safety and Corrections, Corrections Services
Contract Number: _____

COOPERATIVE ENDEAVOR AGREEMENT
BETWEEN THE
LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS,
CORRECTIONS SERVICES (DEPARTMENT)
AND THE

EAST CARROLL PARISH LAW ENFORCEMENT DISTRICT

CONTRACT # ___726787___

| 1)   MAILING ADDRESS: 400 1ST STREET, P.O. BOX 246 EMAIL ADDRESS: | 2)   CITY, STATE, ZIP CODE: LAKE PROVIDENCE, LA  71254 |
|---|---|
| 3)   FEDERAL TAX I.D. NUMBER OR SOCIAL SECURITY NUMBER: 72-6000365 | 4)   LICENSE OR CERTIFICATE NUMBER: |

**THIS AGREEMENT** made by and between the **EAST CARROLL PARISH LAW ENFORCEMENT DISTRICT** (hereinafter referred to as the District), represented by SHERIFF WYDETTE WILLIAMS and the **STATE OF LOUISIANA, DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS**, (hereinafter referred to as the "Department"), represented by James M. LeBlanc, Secretary.

**WHEREAS,** Article VII, Section 14(c) of the Constitution of the State of Louisiana states that "For a public purpose, the state and its political subdivisions or political corporations may engage in cooperative endeavors with each other, with the United States or its agencies, or with any public or private association, corporation or individual"; and

**WHEREAS,** the Department desires to enter into partnerships with units of local governments to provide housing for state offenders; and

**WHEREAS,** as a result thereof, the Department is requesting the District to provide to the Department bed space for the mutual benefit of the parties; and

**WHEREAS,** the parties hereto recognize and acknowledge that the District will purchase and the Sheriff will operate and maintain the Riverbend Detention Center Phase II (the "Jail Facility") located in East Carroll Parish, Louisiana, with a capacity of four hundred and fourteen (414) beds, and the District agrees to provide bed space to the Department for housing offenders pursuant to this Agreement; and

**WHEREAS,** in consideration of the Department contracting to house offenders at a minimum of forty percent (40%) of the capacity of the Jail Facility as stipulated in Section 2. below, the Sheriff will operate and maintain the Jail Facility in accordance with the "Basic Jail Guidelines" dated December 1, 2011 or enter into candidate status for American Correctional Association accreditation utilizing Standards for Adult Local Detention Facilities, 3rd Edition, within six (6) months after the term of this Agreement begins and receive such accreditation within eighteen (18) months of the aforementioned date.

**NOW, THEREFORE,** the Department and the District hereby enter into a Cooperative Endeavor Agreement for the public purpose of housing offenders that have been sentenced to the Department in the Jail Facility under the terms and conditions of this Agreement for the mutual benefit of the parties.

**5) DESCRIPTION OF SERVICES TO BE PROVIDED:**

This agreement shall be subject to the following terms and conditions:



EXHIBIT
50

Louisiana Department of Public Safety and Corrections, Corrections Services
Contract Number: _____

The term of this Agreement shall commence upon December 10, 2013 and terminate twenty (20) years after said beginning date, or when the Louisiana Local Government Environmental Facilities and Community Development Authority Revenue Bonds (East Carroll Parish Law Enforcement District Project) (the "Bonds"), including any bonds issued to refund the Bonds, are retired, whichever occurs earlier.

During the term of this Agreement, the District hereby agrees to house offenders, and the Department agrees to maintain at all times a minimum population of one hundred sixty six (166) offenders, which is forty percent (40%) of the Jail Facility's capacity of four hundred fourteen (414) beds. The District, in its discretion, may waive the requirement that the Department house a minimum of forty percent (40%) of the Jail Facility's capacity of four hundred fourteen (414) beds.

| 6)  EFFECTIVE DATE: | 7)  ENDING DATE |
|---|---|
| 12/10/2013 | 12/09/2033 |

**CONTRACTS MORE THAN $20,000:** This contract is not effective until approved by the Director of the Office of Contractual Review in accordance with La. R.S. 39:1502. It is the responsibility of the contractor to advise the department in advance if contract funds or contract terms may be insufficient to complete contract objectives.

| 8)  MAXIMUM CONTRACT AMOUNT: $73,761,945.30 | 9)  PAYMENT MADE ONLY UPON APPROVAL OF: CHIEF OF OPERATIONS |
|---|---|

Travel and other reimbursable expenses shall constitute part of the total maximum payable under the contract.

**10) TERMS OF PAYMENT:** Stipulate rate or standard of payment, billing intervals, invoicing provisions; including travel reimbursement when applicable. TRAVEL EXPENSES SHALL BE REIMBURSED IN ACCORDANCE WITH DIVISION OF ADMINISTRATION PROCEDURE MEMORANDUM 49 (STATE TRAVEL REGULATIONS).

TERMS OF PAYMENT ARE:

For and in consideration of the District housing Department offenders in the Jail Facility as provided in this Agreement, the Department agrees to pay to the District the sums set forth in La. R.S. 15:824(B)(1), and/or the General Appropriations Bill, which may be amended, subject to legislative appropriation. In the event the State of Louisiana fails to appropriate sufficient moneys for the Department to pay all of its obligations under this Agreement for any fiscal year, the term of this Agreement shall, at the option of the District or the Department, expire effective as of the last day of the fiscal year for which sufficient funds for such purpose were appropriated. This Agreement shall remain in full force and effect for succeeding fiscal years notwithstanding any non-appropriation for any prior fiscal year unless this Agreement is terminated by the District or the Department in accordance with the second sentence of this Section 3. The Department agrees to make an annual good faith effort to have appropriated funds sufficient to pay all amounts due under this Agreement for each fiscal year and this Agreement is only executor to the extent that funds are so appropriated. In the event sufficient funds to pay all obligations of the Department hereunder during any fiscal year are not so appropriated, such inability shall not constitute a default under this Agreement. If the funds appropriated in any such legislation are not at least equal to the amounts specified above, or if no funds are appropriated, the Department shall notify the District as soon as possible.

Louisiana Department of Public Safety and Corrections, Corrections Services
Contract Number: _____

**The Department will pay the sum of $24.39 per offender per day.**

**11) SPECIAL PROVISIONS:**

The Contractor understands and agrees that the following special conditions of the contract exist for the benefit of the institution, the employees and the inmates and agrees to abide by said special conditions contained herein and in Section 2 "Employee Rules" of the *Corrections Services Employee Manual* which is attached. "Contractor" shall be substituted for "Employee" throughout. Should the manual be modified or amended, Contractor will be notified and shall comply with the rules as modified or amended.

Contractor understands and agrees that violation of any of the following special conditions shall be cause for immediate cancellation of this contract without prior notice:

Warden's Policy

1.   While on the institutional grounds, the Contractor will strictly adhere to all federal, state and local laws and institutional directives.

2.   Any person may be barred from the institution or removed from the institution if it is in the best interest of the Department.

3.   If requested to do so by the Warden, the Contractor must leave the institution grounds immediately.

In accordance with Department Regulation No. C-01-022 "Sexual Assault and Sexual Misconduct", the Contractor agrees to report allegations of sexual misconduct, respond to investigation inquiries and participate in training as directed by the Department of Public Safety and Corrections.    Included in this regulation are the **SEXUAL ASSAULT AND SEXUAL MISCONDUCT WITH INMATES Acknowledgement Form** and the **Louisiana Criminal Code: La. R.S. 14:134 Malfeasance in Office Form**, both to be signed by the Contractor and made a part of this contract. Should the regulation be modified or amended, the Contractor will be notified and shall comply with the regulation as modified or amended.

**12) ADDITIONAL PROVISIONS:**

Any alterations, variations, modifications, waivers of provisions or amendments to this agreement shall be valid only when they have been reduced to writing, duly signed by both parties and when required, approved by the Division of Administration and attached to the original of this agreement. Reimbursement for services not provided for in this agreement shall be disallowed.

The Contractor agrees to abide by the requirements of the following as applicable: Americans with Disabilities Act of 1990, Title VI and VII of the Civil Rights Act of 1964 as amended by Equal Opportunity Act of 1972, La. R.S. 15:574.12, Confidentiality, Vietnam Era Veteran's Readjustment Assistance Act of 1974, Title IX of the Education Amendments of 1972, the Age Act of 1975, Federal Executive Order 11246 and the Federal Rehabilitation Act of 1973, as amended. Contractor agrees not to discriminate in its employment practices, and will render services under this agreement without regard to race, color, religion, sex, sexual orientation, national origin, veteran status, political affiliation, or disabilities. Any act of discrimination committed by Contractor, or failure to comply with these statutory obligations when applicable shall be grounds for termination of this agreement.

Contractor shall not assign any interest in this agreement, and shall not transfer any interest in the same (whether by assignment or novation), without the prior written consent of the Department except that claims for money due or to become due to Contractor from the Department under this agreement may be assigned to a bank, trust company, or other financial institution without such approval. Notice of any such assignment or transfer shall be furnished promptly to the Department's Procurement and Contractual Review Division and the Office of Contractual Review.

Louisiana Department of Public Safety and Corrections, Corrections Services
Contract Number: _____

Procurement of any equipment, supplies or professional services shall be in compliance with local government regulations.

Unless indicated to the contrary, equipment shall mean any item with a useful life of at least one (1) year and an acquisition cost of at least one thousand dollars ($1000) or more and purchased with state funds. Upon destruction, theft or obsolescence during the term of the contract, the Contractor shall replace said equipment with new equipment of a quality equal to the original equipment.

Equipment acquired by Contractor pursuant to this agreement shall be used only for the performance and furtherance of this contract.

Equipment purchased with contract funds may not be conveyed, sold, salvaged or transferred without the express written consent of the Department. Depreciation is not allowed on equipment acquired with contract funds.

All equipment, including replacements, regardless of cost or useful life shall be considered to be the property of the Contractor for the duration of the contract and shall be claimed by the Department upon termination of the contract or whenever such equipment is not being used in conformity with the provisions of this contract. Contractor shall maintain or cause to be maintained in good working order all equipment purchased during the period of its useful life.

Contractor grants to the State of Louisiana, through the Office of the Legislative Auditor, Office of the Governor, Division of Administration, Department of Public Safety and Corrections/Corrections Services Internal Audit Division, Office of the Inspector General, Federal Government and/or other such designated body the right to inspect, review, and audit all books and records, including those of subcontractors, (in whatever form they may be kept, whether written, electronic or other) relating or pertaining to the services rendered under this agreement, (including any and all documents, data, and other materials, in whatever form they may be kept, which support or underlie those books and records). This right extends to all books, records, and data kept by or under the control of the Contractor, including but not limited to those kept by the Contractor, its employees, agents, assigns, successors, and subcontractors. The Contractor further grants full, unrestricted access to all necessary personnel and resources, and will cooperate fully during such inspections, reviews, and audits.

The Contractor agrees such inspections, reviews, and audits may be conducted during normal business hours at the business location(s) where such books, records, and data are maintained and/or stored. Those performing such inspections, reviews, and audits are granted direct access to all data pertaining and supporting services under this agreement, and have a right to use general audit software and other reporting tools against the data files and/or databases. The Contractor further grants the right to audit the Contractor's disaster recovery, and business continuance plans to ensure all books, records, and data will be sufficiently protected in the event of a prolonged outage or disaster.

Contractor is expected to comply with federal and/or state laws regarding an audit of its operation as a whole or of specific program activities. If an audit is performed within the agreement period, for any reason, a copy of the audit engagement letter and final audit report shall be sent to the Office of the Louisiana Legislative Auditor, Office of Inspector General, Department of Public Safety & Corrections/Corrections Services Internal Audit Division, and Department of Corrections Procurement and Contractual Review Division.

Contractor agrees and realizes that this agreement is subject to and conditioned upon the availability and appropriation of Federal and/or State funds and that no liability or obligation for payment will develop between the parties until this agreement has been approved by the Director of the Office of Contractual Review, Division of Administration in accordance with La. R.S. 39:1502.

The continuation of this agreement is contingent upon the appropriation of funds by the Legislature to the Department to fulfill the requirements of the agreement. If the Legislature fails to appropriate sufficient monies to provide the continuation of this agreement, the

Louisiana Department of Public Safety and Corrections, Corrections Services
Contract Number: _____

agreement shall terminate on the date of the beginning of the first fiscal year for which funds are not appropriated. If a lawful gubernatorial order is issued in or for any given fiscal year during the term of this agreement which reduces the funds appropriated in such amounts sufficient to preclude making the payments set out herein, the agreement shall terminate on the date said funds are no longer available. The occurrence of either of these incidents, or any like incident having the same effect, shall not cause any liability to incur unto the Department.

Contractor agrees to retain all books, records, and other document relevant to this agreement and the funds expended hereunder for at least three (3) years after final payment.

Contractor agrees that the responsibility for payment of taxes from the funds thus received under this agreement shall be the contractor's obligation and identified under their Federal Tax Identification or Social Security Number listed on page 1.

Contractor shall not enter into any subcontract for work or services contemplated under this agreement without obtaining prior written approval of the Department. Any subcontracts approved by the Department shall be subject to the conditions and provisions that the Department may deem necessary. Such prior written approval, unless otherwise provided in this agreement, shall not be required for the purchase by Contractor of supplies and services which are incidental but necessary for the performance of the work required under this agreement. No provisions of this clause and no such approval by the Department of any subcontract shall be deemed in any event or manner to provide for the incidence of any obligation of the Department beyond those specifically set forth herein. No subcontract shall relieve the Contractor of responsibility for the performance under this agreement.

The Contractor or the Department shall be excused from performance under the agreement for any period that Contractor or the Department is prevented from performing any services in whole or in part as a result of an act of God, strike, war, civil disturbance, epidemic or court order provided the Contractor or Department had prudently and promptly acted to take any and all corrective steps that are within the Contractor's or Department's control to ensure that the Contractor or Department can promptly perform.

Any claim or controversy arising out of this contract shall be resolved by the provisions of LA-RS 39:1524-1526.

No funds provided herein shall be used to urge any elector to vote for or against any candidate or proposition on an election ballot nor shall such funds be used to lobby for or against any proposition or matter having the effect of law being considered by the Legislature or any local governing authority or of any political subdivision. This provision shall not prevent the normal dissemination of factual information relative to a proposition on any election ballot or a proposition or matter having the effect of law under consideration by the Legislature or governing authority or of any political subdivision.

Contractor agrees to protect, defend, indemnify, save and hold harmless the State of Louisiana, all State Departments, Agencies, Boards and Commissions, its officers, agents, servants and employees, including volunteers, from and against any and all claims, demands, expense and liability arising out of injury or death to any person or the damage, loss or destruction of any property which may occur or in any way grow out of any act or omission of the Contractor, its agents, servants, and employees and any and all costs, expense and/or attorney fees incurred by the Contractor as a result of any claim, demands, and/or causes of action except for those claims, demands and/or causes of action arising out of the negligence of the Department, its agents, representatives, and/or employees. Contractor agrees to investigate, handle, respond to, provide defense for and defend any such claims, demands, or suit at its sole expense and agrees to bear all other costs and expenses related thereto, even if it (claim, etc.) is groundless, false, or fraudulent.

Upon completion or termination of this agreement all records, reports, documents, worksheets or any other materials delivered or transmitted to Contractor by Department and related to this agreement shall remain the property of the Department and shall be returned to Department at the Contractor's expense and all records, reports, documents, or other material related to this

Louisiana Department of Public Safety and Corrections, Corrections Services
Contract Number: _____

agreement and/or obtained or prepared by Contractor in connection with the performance of the services contracted for herein shall become the property of the Department and shall, upon request, be returned at Contractor's expense to the Department. The Department shall retain ownership of all work product and documentation in whatever form.

If, in the determination of the Department, the Sheriff fails to fulfill in a timely and proper manner its obligations to operate and maintain the Jail Facility in accordance with the aforementioned guidelines, the Department shall have the right to terminate this contract by giving written notice sent by certified mail (return receipt requested) to the District of such termination and specifying the effective date thereof, at least one hundred twenty (120) days before the effective date of such termination.

72678 7

Louisiana Department of Public Safety and Corrections, Corrections Services
Contract Number: _____

This agreement contains or has attached hereto all the terms and conditions agreed upon by the
contracting parties. In witness whereof, this agreement is signed and entered into on the date
indicated below.

James M. LeBlanc, Secretary Date          Witness
Department of Public Safety         12/19/13
and Corrections


Wydette Williams,         12-10-13
Sheriff and Chief          Date          Witness
Executive Officer


**APPROVED**
Office of the Governor
Office of Contractual Review

FEB - 4 2014

DIRECTOR

{E.CARROLL SHERIFF COOP 12-9-13.1}7

*126787*

## CERTIFICATION

TO:    Office of Contractual Review
       Department of Civil Service

I, JAMES M. LEBLANC, SECRETARY, do hereby certify that the contract between the
Department of Public Safety and Corrections and EAST CARROLL PARISH LAW
ENFORCEMENT DISTRICT is being entered into because:

1.    Either no employee of our agency is both competent or available to perform the
      services called for by the proposed contract or the services called for are not the
      type readily susceptible of being performed by persons who are employed by the
      state on a continuing basis;

2.    The services are not available as a product of a prior or existing professional,
      personal, consulting, or social services contract;

3.    When applicable, the requirements for consulting or social services contracts, as
      provided for under La. Revised Statutes Title 39:1503, have been complied with;

4.    The Department has developed and fully intends to implement a written plan
      providing for:

      •   The assignment of CHIEF OF OPERATIONS to a monitoring and liaison
          function; and
      •   The periodic review of interim reports or other indicia of performance to
          date; and
      •   The ultimate use of the final product of the services.

5.    A cost-benefit analysis has been conducted which indicates that obtaining such
      services from the private sector is more cost-effective than providing such
      services by the agency itself or by an agreement with another state agency and
      includes both a short-term and long-term analysis and is available for review.

6.    The cost basis for the proposed contract is justified and reasonable.

7.    A description of the specific goals and objectives, deliverables, performance
      measures and a plan for monitoring the services to be provided are contained in
      the proposed contract.

## PRIOR CONTRACT INFORMATION *MUST* BE FILLED OUT (IF NO PRIOR CONTRACT, PUT N/A)

Prior Services Provided By: EAST CARROLL PARISH LAW ENFORCEMENT
DISTRICT

DOA-OCR#_____ CFMS#___583149____ Amount: $26,659,600_

Effective Date: __4/24/2002__ Termination Date:_9/14/2005_____

_____    12/19/13
James M. LeBlanc, Secretary              Date

**STATE OF LOUISIANA**
**DIVISION OF ADMINISTRATION**
BA-22 (Revised 10/2005)

| | | | | |
|---|---|---|---|---|
| Date: 12/17/2013 | | Dept/Budget Unit/Program #: | Dept. Of Corrections/LHSAO/451 | |
| Dept/Agency/Program Name: | Dept. of Corrections/LHSAO/Local Housing | | OCR/CFMS Contract #: | 726787 |
| Agency/Program BA-22 # : | 451/#1 | | Agency/Program Contract #: | 451/726787 |

| | | | | |
|---|---|---|---|---|
| Fiscal Year for this BA-22: | 2013-2014 | BA-22 Start/End Dates: | 12/10/13 | 06/30/14 |
| | (YYYY-YY) | | (Start Date) | (End Date) |

Multi-year Contract (Yes/No):    Yes            *If "Yes", provide contract dates:*

12/10/13                          12/09/33
(Start Date)                      (End Date)

East Carroll Parish Law Enforcement District                   726787
(Contractor/Vendor Name)                                       (Contractor/Vendor No.)

Local Housing of Adult Offenders
(Provide a statement of "Services Provided")

Contract Amendment (Yes/No): _____    Amendment Start/End Dates: _____

Contract Cancellation (Yes/No): _____    Date of Cancellation: _____
                                                          (Start Date)        (End Date)

(Provide rationale for amendment or cancellation)

### This information is to be provided at the Agency/Program Level

| MEANS OF FINANCING | AMOUNT | | | |
|---|---|---|---|---|
| | Current Year | % | Total Contract | % |
| State General Fund | $2,049,784 | 100% | $73,761,945 | 100.0% |
| Interagency Transfers | $0 | 0.0% | $0 | 0.0% |
| Fees and Self Gen. | $0 | 0.0% | $0 | 0.0% |
| Statutory Dedication | $0 | 0.0% | $0 | 0.0% |
| Federal | $0 | 0.0% | $0 | 0.0% |
| TOTALS | $2,049,784 | 100% | $73,761,945 | 100.0% |

*Specify Source (i.e., grant name, fund name, IAT sending agency and revenue source, fee type and source, etc.)
Are revenue collections for funds utilized above in line with budgeted amounts? (Yes/No)          Yes
If not, explain. _____

### This information is to be provided at the Agency/Program Level

| Name of Object Code/Category: | Other Charges/ Other Charges |
|---|---|
| Object Code/Category Number: | 3650/ 65 |
| Amount Budgeted: | $149,699,030 |
| Amount Previously Obligated: | $0 |
| Amount this BA-22: | $2,049,784 |
| Balance: | $147,649,246 |

The approval of the aforementioned contract will not cause this agency/program to be placed in an Object Category deficit.

Agy/Prg Contact:                          Reviewed/Approved By:
   Name:  James M. Le Blanc                   Name:  Brandon Scivicque
   Title:  Secretary                          Title:  Budget Administrator 2
   Phone:  342-5723                           Phone:  342-6054

### FOR AGENCY USE ONLY

| AGENCY | PROGRAM | ACTIVITY | ORGANIZ. | OBJECT | REPT CAT | AMOUNT |
|---|---|---|---|---|---|---|
| 451 | 10G0 | | 9004 | 3650 | | $2,049,784 |

DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
BA22 LOG SHEET - TRANSITIONAL WORK PROGRAM
FISCAL YEAR: 2013-2014

12/17/2013 8:26

CONTRACT TRANSITIONAL WORK PROGRAM:                                           Budget        149,699,030

| Obj. Code EXPENDITURE ORG. | CONTRACT NUMBER | Explanation CONTRACTOR | PROGRAM B TYPE OF SERVICE | BUDGET BA-22 (C/Y) AMOUNT | Amnt. Budgeted AMOUNT OBLIGATED YTD |
|---|---|---|---|---|---|
| 3650 | 726787 | East Carroll Parish Law Enforcement District | | 2,049,784 | 2,049,784 |
| | | | | | 2,049,784 |
| | | | | | 2,049,784 |
| | | | | | 2,049,784 |
| | | | | | 2,049,784 |
| | | | | | 2,049,784 |
| | | | | | 2,049,784 |
| | | | | | 2,049,784 |
| | | | | | 2,049,784 |
| | | | | | 2,049,784 |
| | | | | | 2,049,784 |
| | | | | | 2,049,784 |
| | | | | | 2,049,784 |
| | | | | | 2,049,784 |
| | | | | | 2,049,784 |
| | | | | | 2,049,784 |
| | | | | | 2,049,784 |
| | | | | | 2,049,784 |

2,049,784

| Obj. Code EXPENDITURE ORG. | CONTRACT NUMBER | Explanation CONTRACTOR | PROGRAM B TYPE OF SERVICE | BUDGET BA-22 (C/Y) AMOUNT | Amnt. Budgeted AMOUNT OBLIGATED YTD |
|---|---|---|---|---|---|
| | | | | | 0 |
| | | | | | 0 |
| | | | | | 0 |
| | | | | | 0 |
| | | | | | 0 |
| | | | | | 0 |
| | | | | | 0 |
| | | | | | 0 |
| | | | | | 0 |
| | | | | | 0 |
| | | | | | 0 |
| | | | | | 0 |
| | | | | | 0 |
| | | | | | 0 |
| | | | | | 0 |
| | | | | | 0 |
| | | | | | 0 |
| | | | | | 0 |

0