# Department of Corrections Lean Six Sigma 2012 PreClassification

➤ **PROJECT REVIEW**

➤ **RESULTS & RECOMMENDATIONS**

➤ **NEXT STEPS**

Intro- Mendy

James

EXHIBIT

32



James

Point out the phases of LSS

Timeline= 7.5 months

## Project Team

**The LSS Team consisted of**

- **7 DOC STAFF**
- **5 DPS LSS TRAINED STAFF**
  (INCLUDING 3 CERTIFIED LEAN SIX SIGMA ENGINEERS)
- **3 PROJECT CHAMPIONS:**
  - **Secretary James LeBlanc**
  - **Undersecretary Thomas Bickham**
  - **Chief Jeff Travis**

James

Explain that "Champions" guide the work and approve the work during "tollgates" at the end of each phase of work

# Business Case

As of January 2012:
- 1446 backlog of cases to have time computed (TC)
- 110 day average processing delay
- 79% variability in the aging of the backlogged cases
- 25% of the cases in backlog exceeded 123 days in process time from Conviction to TC
- 83.44% occurrence of an immediate release upon processing (due to an earlier release date, excluding those with CTRP credit)

James

## Project Goals

- Reduce Transfers per Offender prior to assignment to ARDC from 2.65 to 1.9
- Reduce Transfers per Offender prior to Immediate Release from 1.83 to 1.1
- Eliminate the Backlog from 1310 to 0 (Conviction to P/C Ready for transfer)
- Reduce the percentage of Immediate Releases by 80% (from 2252 to 450/yr). (excludes the immediate releases due to CTRP credit)
- Reduce the average number of days per case for immediate releases from 71.69 days (non-CTRP) to 31 days

James

## What we measured

- **MEASURED THE AMOUNT OF WORK AND THE TIME IT TAKES TO COMPLETE THE WORK**
- **PROCESS MAPPED THE PROCESS**
- **COLLECTED VOICE OF THE CUSTOMER (VOC)**

Darryl



Darryl

In measuring the amount and flow of work, it was necessary to engage some of the jails to help us date the documents so we could measure the time it took for work to flow between the agencies.  We asked for 10 parishes to help and got 17 that wanted to be a part of the study.



Darryl

We measured the time it took for the work to flow between the steps and the overall time from Conviction to Time Comp completed, which is called Cycle Time. You'll notice that the CT from PC rec'd to TC is only 7.27 days. However, because this was logged differently, this represents the time the PC EE began working on the work and does not include the time it sat in the "inbox" waiting to be worked on. The overall CT at baseline wasw 38.32 days overall. After comparing this to CAJUN data, a more realistic CT goal was determined to be 47 days for the overall CT.

While there does seem to be delays between the Clerks and the Jails to us, our approach was to focus on minimizing our CT before addressing it with the outside agencies.



Darryl

The cornerstone of any LSS project is to provide quality and efficient service to the customers of the process.  To do so, the team spent a large amount of time getting input from all of these "customers" of the PC process.  We asked questions like- "if you were king/queen for the day, what would you change (and more staff could not be an answer)." We asked "what is broken? And what will fix it?"  Some of the ideas that were heard became the genesis of our solutions.



Darryl

Like any good experiment, we developed a hypothesis that would either be proven to be correct or incorrect through our experimental testing.

## Hypothesis

Productivity will increase when
1) management routines are put in place that give the Supervisor the tools needed to manage the work and make staff accountable for the quality and quantity of work performed.
2) a central office structure is in place that eliminates field distractions and allows staff to focus solely on the PC work.
3) the PC work is assigned differently, separating case work by function.
4) a combination of the above solutions is employed.

Darryl

These 4 hypotheses were developed as to what the team felt would increase productivity and "fix" the delays and backlog in the PC process.

From this we developed a plan to test, or pilot, our proposed solutions.



Darryl

The Management Routine pilot involved the Supervisors following a very distinct formula each day that would give them the information and the opportunity to coach their teams to success. Each Supervisor was required to complete a form (we called it a DSAP= Daily Success Action Plan) which required the Supervisor to record the amount of work done the previous day, the staff on hand to today's work, and a review of the aging of any WIP (work in progress). In addition, they were to observe employees interaction with customers and to review the work product of the employees. By going through these motions, the Supervisor developed a pattern of accountability for their office and for each of their employees. Daily Production meetings were held where this information was discussed and any obstacles were addressed as a group. This transparency and individual reporting increased productivity right away. Knowing what they were held accountable to accomplish motivated the employees and gave them a sense of satisfaction when they accomplished their part.

The "Process work differently" pilots involved changing the way work is assigned. Instead of 1 PC EE doing the tasks to TC a case from A to Z, the tasks were divided such that 1 worker did the first part, say A-L and the second worker did M-Z. This created a conveyor belt of work and allowed less experience PC workers to contribute once trained on the less complex work. Lastly, the Central Office involved 5 PC EE coming to work at Headquarters in an office set up only for PC work. There were 2 teams of 2 PC workers and 1 Supervisor. They performed management routines as well. 1 team assigned the work differently and 1 did not. All other facilities were considered the "Control" group and were asked NOT to

change any of their PC processes during the 6 weeks of testing.  All pilot offices turned in forms each day logging the activities and answering specific questions about the day's success or lack thereof.  Control offices did not submit any reports.

It is noteworthy that the team spent a good deal of time determining which employees would be asked to participate in the Central Office pilot to give us a combination of experienced/ inexperienced, high performers/ lower performers, as well as we were sensitive to leaving adequate staffing for the work left behind at their "home" offices.  They brought their TC work with them to the Central Office.  During CONTROL phase, we asked them bring their Release work as well.  Otherwise, all other PC tasks were not included at the Central Office.

## Results & Recommendations

- TEST CELL RESULTS
- STATEWIDE VITALS PRE & POST LSS
- FINANCIAL IMPACT
- GOALS REVISITED
- CONCLUSIONS
- LESSONS LEARNED
- RECOMMENDATIONS

Mendy



### Results by Test Cell

| Test Cell | Cycle Time (Conviction to TC Complete) | Productivity (Cases/mH) | Backlog | WIP | Immediate Releases | Transfers |
|---|---|---|---|---|---|---|
| Management | 80.41 | 0.58 | 110 | 225 | 30 | 327 |
| Process | 47.14 | 0.12 | 7 | 45 | 18 | 134 |
| Central | 44.97 | 0.87 | 32 | 88 | 13 | 84 |
| Pilot Control | 48.71 | 0.23 | 94 | 197 | 32 | 196 |

Overall the Centralized Office outperformed all other test cells, as well as the Pilot Control group.

Data Notes: Process test cell included JLDCC which closed in July and had no further institution work.

14



Mendy

15

# Statewide Vitals Pre & Post LSS

| Metric | Baseline May | Goal | Improve July 9–27 | Control July 30–Aug 17 | % Improvement PRE to POST–LSS |
|---|---|---|---|---|---|
| Backlog^ (>47d from Conviction) | 416 | 0 | 467 | 243 | 41.6% |
| WIP | 1630 | 400 | 1087 | 997 | 38.8% |
| Cycle Time Days (Conviction to TC complete) | 110 | 47 | 64.4 | 58.29 | 47% |
| Productivity (cases/PC manhour worked on initial TC) | 0.41 | 1.0 | 0.32 | 0.35 | –14.6% |

^ The definition of **backlog** was changed to be any case that is >47 days since conviction.

**WIP** = Work in Progress= Any case that has been received into PC, but has not been worked (non-automated + automated).  Non-automated WIP is a manual, self-reported count.

*PC received date was not being captured consistently in baseline data.

Mendy

16



# Statewide Vitals Pre & Post LSS

| Metric | Baseline May | Goal | Improve July 9-27 | Control July 30-Aug 17 | % Improvement PRE to POST-LSS |
|---|---|---|---|---|---|
| # Immediate Releases/yr | 2252/yr | 1802 | 2628/yr | 1560/yr | 30.7% |
| # Overdue days/case | 71.70 | 31 | 133.41 | 60.52 | 15.6% |
| # Transfers/ offender (prior to ARDC) | 2.65 | 1.9 | 2.74 | 1.37 | 28.3% |
| # Transfers/ offender (prior to IR) | 1.83 | 1.1 | 2.05 | 1.33 | 27.3% |

Mendy

17

## Financial Impact
## of Reducing Immediate Releases & Transfers

- The # of Immediate Releases have been reduced to a rate of 1612 per year.
- The average # of days each Immediate Release is past their release date has been reduced to 60.52 days.

1612 cases @ 60.52 days/case @ $25=
$2,438,956 cost for Immediate Releases after LSS

Baseline cost was
2252 Immediate Releases @ 71.70 days/case @ $25=
$4,574,460 cost for Immediate Releases

## Projected annualized savings= $2,135,504

Mendy

18

# Financial Impact when goal is met

Reducing the **# of days overdue** of non-CTRP releases from 71.70 days to 31 days AND

Reducing the **# of non-CTRP Immediate Releases** from 2252 to 450 per year would yield an annualized projected savings of $3,687,960 for the department

Projected Cost Reduction:
FROM
❑ 2252 non-CTRP Immediate Releases x 71.70 days overdue x $25 = $4,036,710

TO
❑ 450 non-CTRP Immediate Releases x 31 days overdue x $25 = $348,750

**$3,687,960 annualized savings**

Mendy

19

## Goals Revisited

| Metric | Baseline | Goal | Results |
|---|---|---|---|
| Transfers per Offender prior to assignment to ARDC and/or Immediate Release | 2.65/ 1.83 transfers | 1.9/ 1.1 Transfers | 1.37/1.33 |
| PC backlog (Conviction to PC ready for transfer= Time Comp completed) | 1310 | 0 | WIP=997 (Backlog >47d= 243) |
| # of Immediate Releases (exclude IR due to CTRP credit) | 2252 releases/yr | Reduce 80% to 450 releases/yr | 1560/yr |
| Avg # of days/case for Immediate Releases | 71.69 days (non-CTRP) | 31 days | 60.52 |

The goals to reduce the # of transfers per offender were achieved. While the backlog was not completely eliminated, it was reduced substantially. Moreover, backlog was more specifically defined and a uniform method to determine backlog (>47 days from conviction) was developed and is now able to be measured. Accurate numbers are dependent on PC staff entering the case as soon as it is received. This can be achieved, as demonstrated by the Central office staff who obtained a 0 non-automated backlog during control phase. The goals on Immediate Releases and average number of days overdue were not quite achieved in the 6 weeks due to the clearing of the backlog, but the trend is decreasing at a pace that should allow this goal to be achieved as soon as the remaining older cases are completed.

# Conclusions

- ➤ Both the Management Routine and Central Office pilots outperformed Control offices with regard to productivity and cycle time.
- ➤ The Central Office had the best performance and demonstrated the process capability to produce 1 completed case (time computation) per manhour worked, including releases.
- ➤ All pilots either sustained or increased improvement during CONTROL phase.
- ➤ The Process pilot failed to adopt a structured schedule. This is thought to be due to turnover and reorganization, as well as other facility priorities assigned to the staff, during the pilot period.

Mendy

21

## Lessons Learned

➤ Facility related operations are frequently prioritized over and instead of PC work, to the extent that only 56% of the PC staff resources perform PC work regularly.

➤ Field reported data depends on the accuracy of the field staff reporting it.

➤ Inconsistencies in the quality of the work today requires 100% review by the Supervisor.

➤ When testing the two processes of assigning work at the Central office, "cross pollination" occurred such that the solution that worked best was adopted by both during the pilot, effectively only testing the solution of assigning work based on the functional steps of the process.

➤ While turnover disrupts the office, employee competency is not a determinate factor of productivity.

Mendy



# Work evaluated

1. Data was evaluated to determine the volume of PC work currently performed at each facility.

2. Logic was applied to calculate the # of manhours (MH)- # FTE-needed for PC work performed.

Melanie



Melanie

## Logic for PC Work

- Time comp= 1 MH/ case
- Releases= 1 MH/ case
- CTRP credit= 0.5 MH/ case

- \# Time Comp was based on \# of Convictions by parish assignments where the convictions were processed.
- Releases were based on the parish of release.
- CTRP was counted based on historical data.
- Female PC work was calculated for LCIW and LSP.

Melanie

## Recommendations

### 1) Create a Central Office for Preclassification Functions

- Locate a specialized Preclassification Central Office at headquarters to perform all PC tasks and avoid distractions to PC workflow created by field operations.
- Implement management routines as piloted in the LSS project.
- Design supervision to provide direct accountability and consistency of procedures and training.
- Build the # of positions based on the process capacity revealed in the LSS study.
- Centralize the active files as well.  File maintenance is critical to workflow and should be supervised in the same work arena as the PC functions.

Angela W

26

## Additional Recommendations

### 2) Eliminate the requirement for Clerk of Court offices to submit court minutes.

- Revise legislative statute to eliminate the requirement for Clerks of Court to submit court minutes.
- Ensure compliance with timely submission of the Uniform Commitment Order in addition to the PC documentation.
- Provide communication of the requirements with all stakeholders.

### 3) Create a system for knowledge sharing

- Standardize PC and time computation procedures.
- Provide a resource for new employees to reference.

### 4) Develop an electronic case file

- Build the new computer system to allow for PC documents to be attached to the file electronically.
- Reduce the transferring of paper files between institutions.

Angela W

## Next Steps

- Implement a Central Office
- Develop knowledge sharing for PC procedures and training
- Develop Content Management to create an electronic PC file
- Explore options to minimize documentation required from partners to initiate PC

Angela W

# Implement a Central Office

- **STRUCTURE AND LOCATION**
- **BUSINESS REORGANIZATION**
- **TIMELINE**
- **DIVISION OF WORK AND EMPLOYEES**
- **AFFECT TO CUSTOMERS**

Angela W

## Structure & Location

- Location
  - Baton Rouge
- Staff
  - 37 Employees (36 ARDC + 1 Admin)
- Organization
  - 30 analysts/ 5 supervisors/ 1 manager/ 1 administrative support
- Function
  - 5 teams with work assigned in a balanced manner
  - Includes initial time comp, releases, CTRP and supplemental for offenders in local facilities
- Management
  - Direct line of sight and accountability
  - Performance metrics monitored

Angela W



Angela W



Angela W/Melanie



Angela W/Melanie

## Business Reorganization Plan

- No jobs eliminated
- Employees on DPRL if choose not to relocate
- Job descriptions will change
- Red circle pay
- Notification of employees

Angela W/Tanesha



Angela W

## Action items

- Each facility to provide a proposed organizational chart for the remaining Classification/ Records positions

- Proposed organizational charts are due November 9th to Darryl Campbell.

- Proposed job descriptions for the remaining positions (classification and records functions) are due to Jason Chapman by November 9th.

NOTE:  The LSS Team has done preliminary evaluations on workload data for each facility class/records functions using the formulas similar to those used for evaluation of  PC work. Wardens interested in discussing this information for their individual units can contact Angela Whittaker to arrange a time to meet with the team individually.

Angela G

36



Angela G

## How does this affect our external customers?

- Local Facilities
  - Change in point of contact (Central Office) concerning PC business
  - Less transfers
  - Less Immediate Releases
  - Less revenue when releases are beyond TC date
- Clerk of Courts
  - UCO changes will reduce required documents
  - Different point of contact (Central Office) for PC business
- Judges
  - UCO changes will increase necessity for UCO to be complete

Angela G