*revised*
*4-5-13*

**STATE OF LOUISIANA**
**DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS**
**CORRECTIONS SERVICES**

Department Regulation
No. B-02-018



15 February 2011

**CLASSIFICATION, SENTENCING AND SERVICE FUNCTIONS**
**Classification**
**Pre-Classification of Offenders**

1. **AUTHORITY:** Secretary of the Department of Public Safety and Corrections as contained in Chapter 9 of Title 36.

2. **REFERENCES:** C.Cr.P. Art. 892; ACA Standards 4-4285, 4-4298 and 4-4305 (Adult Correctional Institutions); Department Regulation Nos. B-02-016 "Reception and Diagnostic Processing," B-03-001 "Composition/Location/Disposal of Active and Inactive Offender Records," B-03-004 "Access to and Release of Active and Inactive Offender Records," B-03-005 "Pen Packet Requests," B-04-001 "Sentence Computation and Good Time Credits," B-04-003 "Certified Treatment and Rehabilitation Program (CTRP) Good Time Credits and Adding New CTRP Programs," B-04-004 "Determination of Offender Class and Computation of Parole Eligibility," B-04-006 "Restoration of Good Time," B-05-001 "Disciplinary Rules and Procedures for Adult Offenders," B-05-005 "Administrative Remedy Procedure," B-08-009 "Sex Offender Notification, Registration Requirements and Residence Plan," C-01-007 "Crime Victims Services Bureau" and C-03-007 "Offender Personal Property Lists, State Issued Items, Procedures for the Reception, Transfer and Disposal of Offender Personal Belongings.

3. **PURPOSE:** To establish standard operating procedures for Regional Facilities to prepare newly convicted offenders housed at local jail facilities for initial reception and diagnostic processing.

4. **APPLICABILITY:** Deputy Secretary, Chief of Operations, Regional Wardens, Wardens, Sheriffs and Administrators of local jail facilities, ARDC Specialists and Transition Specialists at all state correctional facilities. The Chief of Operations is responsible for the overall implementation, compliance and review of this regulation. Each Warden is responsible for ensuring that appropriate unit written policy and procedures are in place to comply with the provisions of this regulation.

A TRUE COPY
Department of Public Safety
and Corrections
*[signature]*
Notary Public
4/16/2018
Date

EXHIBIT 33

Crittindon002116

Department Regulation No. B-02-018
15 February 2011
Page Two

5. **POLICY:** It is the Secretary's policy to provide a consistent and standardized system for evaluating and classifying offenders newly sentenced to the custody of the DPS&C and who are housed at a local jail facility. It is further the Secretary's policy to ensure that information necessary for reception and diagnostic processing is captured and documented soon after sentencing. This information shall form the foundation for developing the offender's transitional and reentry plan.

6. **DEFINITIONS:**

    A. **Bill of Information:** A copy of the indictment under which the offender was sentenced.

    B. **Credit for DOC Commitment:** Form B-02-018-B which is completed by the Sheriff's Office, documenting evidence of credit for time served prior to sentencing pursuant to C.Cr.P.Art. 892.

    C. **Regional Facility:** A state correctional facility located within one of nine regions of the state, as designated by the Secretary. Each Warden of a Regional Facility shall be responsible for certain requirements pursuant to the provisions of this regulation for offenders housed in their state correctional facility, as well as DPS&C offenders housed in local jail facilities within their respective region. (See Department Regulation No. B-02-001 "Assignment and Transfer of Offenders"-Appendix VIII-Louisiana Regional Map with Reentry Centers for additional information.)

    D. **Sentencing Minutes:** A copy of the sentence as recorded in the minutes of the court.

    E. **Special Needs:** Offenders whose mental and/or physical condition may require accommodation for appropriate correctional management. Special needs offenders may include, but are not limited to, drug or alcohol addicts or abusers, the emotionally disturbed, mentally disabled, suspected mentally ill, offenders with a recent suicide attempt, physically handicapped, chronically ill, the disabled or infirm, those with documented custody issues and those with limited academic ability or learning disability.

7. **PROCEDURES:**

    Upon notification that an offender has been sentenced to the custody of the DPS&C, ARDC Specialists at the appropriate Regional Facility shall compile all required information, including, but not limited to, the following:

Department Regulation No. B-02-018
15 February 2011
Page Three

A. Commitment Verification

1) Local Jail Facility Paperwork (i.e., Basic Information Interview for Local Jail Facilities (Form B-02-018-A), Credit for DOC Commitment (Form B-02-018-B), Detainers, etc.);
2) Court Documentation (i.e., Bill of Information, Sentencing Minutes, etc.);
3) Acknowledgement and Signature Statement (Form B-08-018-C);
4) Fingerprints;
5) Photograph.

This information shall be used to verify that the offender is legally committed to the DPS&C's custody and to begin building the offender's official prison record. If any required information is missing, an ARDC Specialist shall contact the appropriate agency/office (jail, clerk of court, District Attorney's office, etc.) and request the information.

The ARDC Specialists shall check the case management database maintained by Probation and Parole and obtain copies of any available investigations and case records compiled prior to sentencing, prior to release and/or while under supervision.

B. Pre-class Screening

1) Each offender shall be screened for intake priority by an ARDC Specialist for program eligibility or court recommended participation as follows:

    a. Immediate Release Eligibility;
    b. IMPACT Eligibility;
    c. Blue Walters Substance Abuse Program;
    d. Sex Offender Treatment;
    e. Substance Abuse Treatment;
    f. Special Needs;
    g. Youthful Offender;
    h. Any other recommendations of the sentencing judge.

2) Offenders shall also be screened for parole violators, pending felony charges and detainers.

3) In addition, an ARDC Specialist shall document any available information regarding registered victims and shall generate and distribute notification letters to any crime victims in accordance with

Department Regulation No. B-02-018
15 February 2011
Page Four

        Department Regulation No. C-01-007 "Crime Victims Services Bureau."

C. Fingerprint Cards

1) If the offender's fingerprint cards have been AFIS verified, an ARDC Specialist shall obtain the offender's Louisiana State Police criminal history reports.

2) AFIS fingerprint cards received without a State Identification Number (SID) shall not be accepted. An ARDC Specialist shall request an AFIS fingerprint card with the offender's Automatic Transmission Number (ATN) and SID from the appropriate local jail facility.

3) If the offender's fingerprint cards provided by the local jail facility are manual prints, an ARDC Specialist shall make a notation on the offender's Pre-Class Screen and shall send the fingerprint cards to the Louisiana State Police for official verification.

D. DOC Number

1) ARDC Specialists shall conduct a careful review of CAJUN to determine if the offender has an existing, valid DOC number assigned in the system and shall ensure that the offender is not in the CAJUN system under an alias name, or a name with a different spelling, or a different date of birth prior to adding the offender to CAJUN and generating a DOC number.

2) Any relevant information from any inactive CAJUN records which may be available shall be incorporated into the new record.

E. Computerized Record (CAJUN)

Computerized records shall be created for each newly sentenced offender on the Department's database (CAJUN) by an ARDC Specialist. ARDC Specialists shall build a Pre-Class Screen in CAJUN using the verified information on the Basic Information Interview for Local Jail Facilities (Form B-02-018-A.) A notation shall be made to the Pre-Class Screen for any programming ordered or recommended for the offender by the sentencing judge or for offender eligibility for any other programming or special needs listed in Section 7.B.

F. Permanent Official Record

Crittindon002119

Department Regulation No. B-02-018
15 February 2011
Page Five

     1) ARDC Specialists shall create and prepare the permanent record for each offender filing all information and documentation gathered during the pre-class process in accordance with Department Regulation No. B-03-001 "Composition/Location/Disposal of Active and Inactive Offender Records."

     2) ARDC Specialists shall ensure that all additional information and documentation compiled and/or gathered during the reception and diagnostic process and during incarceration in a state correctional facility or local jail facility is filed and maintained in each offender's permanent official record.

     3) This file shall become the hard copy of the offender's Master Record for the duration of his incarceration. The Master Record shall be located and maintained according to each offender's facility assignment and/or pre-class region.

G. Transfers

     1) ARDC Specialists shall enter the transfer in CAJUN using the appropriate transfer codes for any offender in pre-class status that is transferred to another local jail facility.

     2) If the offender is moved to another local jail facility in a different pre-class region, while awaiting completion of the pre-classification process, the ARDC Specialist who initiated the pre-class process shall enter the transfer in CAJUN and complete the pre-class process before sending the file to the appropriate DPS&C Regional Facility. If an ARDC Specialist is notified an offender is moved to a local jail facility in a different pre-class region after completion of the pre-class process, the ARDC Specialist shall forward the file to the appropriate DPS&C Regional Facility.

H. Ready Status

Once all procedures in Sections 7.A. through G. have been completed and manual print cards are verified and received back from Louisiana State Police, an ARDC Specialist shall review the offender's record and update CAJUN with the following information:

     1) Personal information, alias information, emergency contact, etc;
     2) Add or update court docket and offense information;
     3) Add detainers;
     4) Modify the Pre-class Screen from Incomplete ("I") status to Ready ("R") Status.

Department Regulation No. B-02-018
15 February 2011
Page Six

I. Time Computation

    1) ARDC Specialists shall compute minimum and maximum release dates for each offender who is sentenced to the custody of the DPS&C with a new sentence, any additional or amended sentences or for an initial parole violation.

    2) Time computations shall be calculated based on the sentence imposed and instructions from the court in accordance with Department Regulation Nos. B-04-001 "Sentence Computation and Good Time Credits" and B-04-004 "Determination of Offender Class and Computation of Parole Eligibility" and all applicable laws in affect at the time of conviction, unless otherwise stated.

    3) For those offender's whose release date is within 90 days, ARDC Specialists shall handle as a monthly release or immediate release, whichever is applicable.

    4) Upon completion of the sentence computation, the ARDC Specialist shall review the offender's parole eligibility date and shall notify the Board of Parole of each offender who is within one year of that date.

    5) In addition, the ARDC Specialist shall forward to the local jail facility where the offender is housed, a copy of the offender's Master Prison Record which shall be given to the offender by a staff member of the local jail facility.

*[signature]*
James M. Le Blanc
Secretary

Forms:    B-02-018-A: Basic Information Interview for Local Jail Facilities
             B-02-018-B: Credit for DOC Commitment
             B-02-018-C: Acknowledgements and Signature Statement

Crittindon002121