ANGELA GRIFFIN/CORRECTIONS
11/22/2016 08:14 AM

To PERRY STAGG/LSP/CORRECTIONS@CORRECTIONS,
cc ANGELA SMITH/CORRECTIONS@CORRECTIONS, GLYNN STASSI/CORRECTIONS@CORRECTIONS
bcc
Subject Re: Offender Jessie Crittindon

We do not know if he is DOC. The only way we know when an offender is DOC is when we receive the complete PreClass packet.

Thanks,

Angela Griffin

---

PERRY STAGG          So is he a DOC inmate? Who do I contact at DWCC          11/21/2016 05:34:14 PM

PERRY STAGG/LSP/CORRECTIONS
11/21/2016 05:34 PM

To ANGELA GRIFFIN/CORRECTIONS@corrections
cc ANGELA SMITH/CORRECTIONS@corrections, GLYNN STASSI/CORRECTIONS@corrections
Subject Re: Offender Jessie Crittindon

So is he a DOC inmate? Who do I contact at DWCC?

Perry R. Stagg, CCE
Acting Deputy Assistant Secretary
Office of Adult Services
Louisiana Department of Corrections
225-342-6654 (office)
225-328-0334 (cell)

On Nov 21, 2016, at 5:20 PM, ANGELA GRIFFIN <agriffin@corrections.state.la.us> wrote:

> This offender is not in CAJUN. We do not know where he was convicted. The paperwork is worked by Parish of Conviction, if he was sentenced in East Carroll, that would be a DWCC case to work.
>
> Thanks,
>
> Angela Griffin

PERRY STAGG---11/21/2016 02:57:56 PM---Please see what you can find on this and get back to me. Thanks,

PERRY STAGG/LSP/CORRECTIONS

To ANGELA GRIFFIN/CORRECTIONS@CORRECTIONS, ANGELA SMITH/CORRECTIONS@CORRECTIONS
cc

Crittindon002041

|  |  |
|---|---|
| 11/21/2016<br>02:57 PM | Subject: Fw: Offender Jessie Crittindon |

Please see what you can find on this and get back to me.

Thanks,

Perry R. Stagg, CCE
Acting Deputy Assistant Secretary
Office of Adult Services
Louisiana Department of Corrections
(225)342-6654 office
(225)328-0334 cell

----- Forwarded by PERRY STAGG/LSP/CORRECTIONS on 11/21/2016 02:57 PM -----

|  |  |
|---|---|
| Monisa Lentz/CORRECTIONS<br><br>11/21/2016 02:33 PM | To: PERRY STAGG/LSP/CORRECTIONS@CORRECTIONS<br>cc<br>Subject: Fw: Offender Jessie Crittindon |

Perry:

Please see below and handle as appropriate.

Thanks,
Monisa

Monisa D. Lentz
Department of Public Safety and Corrections
Office of the Deputy Secretary
P.O. Box 94304
Baton Rouge, LA 70804
225-342-6744
225-342-3095 Fax

----- Forwarded by Monisa Lentz/CORRECTIONS on 11/21/2016 02:32 PM -----

|  |  |
|---|---|
| Raven Groom/CORRECTIONS | To: Monisa Lentz/CORRECTIONS@CORRECTIONS<br>cc: Barbara McMullan/CORRECTIONS@CORRECTIONS, Malcolm Myer/CORRECTIONS@CORRECTIONS, Elizabeth Traylor/CORRECTIONS@CORRECTIONS<br>Subject: Offender Jessie Crittindon |

11/21/2016 01:37 PM

Tammie Crittindon, the mother of the above referenced offender, called in regards to her son's time not being calculated. Upon further discussion, I learned that Offender Crittindon has been in Riverbend DC since July of 2014. He was sentenced in August of 2016. I know that they could be a little behind in regards to his time calculation but I cannot find him in Cajun. Can you have this looked into and provide me with an update?

His mother's contact number is 225-454-1342.


Raven Groom
Administrative Coordinator
Louisiana Department of Public Safety & Corrections
Office of the Secretary

Case 3:17-cv-00512-SDD-EWD    Document 111-34    08/16/19    Page 4 of 4