| | | |
|---|---|---|
| PERRY STAGG/LSP/CORRECTIONS<br><br>12/27/2016 08:56 AM | To | ANGELA GRIFFIN/CORRECTIONS@CORRECTIONS, |
| | cc | SETH SMITH/CORRECTIONS@CORRECTIONS |
| | bcc | |
| | Subject | Fw: Leon Burse no doc # dob 12-26-1972 |

fyi

Perry R. Stagg, CCE
Deputy Assistant Secretary
Office of Adult Services
Louisiana Department of Corrections
(225)342-6654 office
(225)328-0334 cell

----- Forwarded by PERRY STAGG/LSP/CORRECTIONS on 12/27/2016 08:56 AM -----



| | | |
|---|---|---|
| Raven Groom/CORRECTIONS<br><br>12/27/2016 08:54 AM | To | PERRY STAGG <PERRYSTAGG@corrections.state.la.us> |
| | cc | Malcolm Myer/CORRECTIONS@CORRECTIONS, Elizabeth Traylor/CORRECTIONS@CORRECTIONS, Monisa Lentz/CORRECTIONS@CORRECTIONS |
| | Subject | Fw: Leon Burse no doc # dob 12-26-1972 |

The family has called back again. I looked in Cajun and I cannot find the Offender. Please handle as appropriate.

Raven Groom
Administrative Coordinator
Louisiana Department of Public Safety & Corrections
Office of the Secretary

----- Forwarded by Raven Groom/CORRECTIONS on 12/27/2016 08:51 AM -----

From: Monisa Lentz/CORRECTIONS

To: PERRY STAGG/LSP/CORRECTIONS@CORRECTIONS

Cc: Barbara McMullan/CORRECTIONS@CORRECTIONS, Elizabeth Traylor/CORRECTIONS@CORRECTIONS, Raven Groom/CORRECTIONS@CORRECTIONS, Malcolm Myer/CORRECTIONS@CORRECTIONS

Date: 12/07/2016 09:48 AM

Subject: Fw: Leon Burse no doc # dob 12-26-1972



EXHIBIT 41

Perry:

FYI - Offender's family is calling again about him not having a DOC #. Per the caller, the offender has filed an ARP. Please handle as appropriate.

Thank you.
Monisa
—— Forwarded by Barbara McMullan/CORRECTIONS on 12/07/2016 09:19 AM ——

From:   Barbara McMullan/CORRECTIONS on 11/28/2016 11:08 AM

To:   Malcolm Myer/CORRECTIONS
cc:

## While You Were Out

**Contact:**
Linda Hargrove-Johns
**of:**
RE: Leon Burse   no # DOB
12-26-1972
**Phone:**           **FAX:**
504-512-2548

**Message:**
Has spoked to Monisa about getting her son's time calculated several times. He still doesn't have a DOC number.

Monisa D. Lentz
Department of Public Safety and Corrections
Office of the Deputy Secretary
P.O. Box 94304
Baton Rouge, LA 70804
225-342-6744
225-342-3095 Fax

—— Forwarded by Monisa Lentz/CORRECTIONS on 12/07/2016 09:45 AM ——

Monisa
Lentz/CORRECTI       To PERRY STAGG/LSP/CORRECTIONS
ONS                  cc Malcolm Myer/CORRECTIONS@CORRECTIONS, Barbara McMullan/CORRECTIONS@CORRECTIONS,
11/22/2016 11:01        Raven Groom/CORRECTIONS@CORRECTIONS, Elizabeth Traylor/CORRECTIONS@CORRECTIONS
AM                   Subje Leon Burse no doc # dob 12-26-1972
                     ct



Perry:

The above referenced offender was sentenced to 1 year DOC & 4 years probation upon release on August 8th in Orleans Criminal Court, Section C. He has since been transferred to Riverbend Detention Center. Please handle as appropriate.

Thank you,
Monisa

Monisa D. Lentz
Department of Public Safety and Corrections
Office of the Deputy Secretary
P.O. Box 94304
Baton Rouge, LA 70804
225-342-6744
225-342-3095 Fax

----- Forwarded by Monisa Lentz/CORRECTIONS on 11/22/2016 10:57 AM -----

Barbara McMullan/CORRECTIONS

11/22/2016 09:30 AM

To Monisa Lentz/CORRECTIONS@CORRECTIONS
cc
Subject Leon Burse  no doc #  dob 12-26-1972


Linda Hargrove-Jones called again about her son, the above referenced offender. She states that he was sentenced August 8, 2016 and has no DOC number or time calculated as of yet. She can be reached at (H)504-309-6277 or (C)504-512-2548

Thank you.

ANGELA GRIFFIN/CORRECTIONS
01/09/2017 11:19 AM

To "Amacker, Corey" <amackerc@opso.us>,
cc ANGELA SMITH/CORRECTIONS@CORRECTIONS
bcc
Subject RE: Leon Burse DOB 12-26-1972

Ok, Thanks,
Angela S. Offender Burse is still at Riverbend. add the date of sentence.

Corey, In reference to the other email, I do not know what kind of sentence they had but if you feel like they are close to being eligible to release you can scan and email their paperwork.

Angela Griffin

---

"Amacker, Corey"      He is still @ Riverbend. On that other email, I re...      01/09/2017 10:53:50 AM



"Amacker, Corey"
<amackerc@opso.us>
01/09/2017 10:53 AM

To ANGELA GRIFFIN <agriffin@corrections.state.la.us>
cc
Subject RE: Leon Burse DOB 12-26-1972

He is still @ Riverbend. On that other email, I received Henry Eurings PW this morning from Riverbend along with another 30 they have completed that I will deliver on Thursday with the packets or I can scan it and send it to you......

Trei Bradford I am going to send to them now and have them expedite his PW also.

**From:** ANGELA GRIFFIN [mailto:agriffin@corrections.state.la.us]
**Sent:** Monday, January 09, 2017 10:51 AM
**To:** Amacker, Corey
**Subject:** RE: Leon Burse DOB 12-26-1972

Thanks, Not sure what happened with the PW sent 8/18/2016. I received the emails you sent with PW, thanks. Is he still housed there, if not where was he sent and what date?

Thanks,

Angela Griffin

"Amacker, Corey" <amackerc@opso.us>      To

ANGELA GRIFFIN <agriffin@corrections.state.la.us>

01/09/2017 10:20 AM

cc
Subject RE: Leon Burse DOB 12-26-1972

He was preclassed by my staff. His packet was delivered to HQ on 8/18/2016. I can forward you copies of it again now as well.

**From:** ANGELA GRIFFIN [mailto:agriffin@corrections.state.la.us]
**Sent:** Monday, January 09, 2017 10:14 AM
**To:** Amacker, Corey
**Subject:** Leon Burse DOB 12-26-1972
**Importance:** High

Family members continue to call DOC on this offender. Claims he was sentenced in August 2016 to a 1 year HL sentence out of Orleans. They have not said where he is being housed. Can you please check on this offender and if he is HL, please send the PreClass packet asap so he can be processed.

Thanks,

Angela Griffin

*This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the Orleans Parish Sheriff's Office. This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited.*

*This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the Orleans Parish Sheriff's Office. This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited.*



PERRY STAGG/LSP/CORRECTIONS

12/07/2016 05:29 PM

To  ANGELA GRIFFIN/CORRECTIONS@corrections,
cc
bcc
Subject  Re: Leon Burse no doc # dob 12-26-1972

Ok. Assuming he is a newly sentenced inmate and momma is panicking for no reason????

Perry R. Stagg, CCE
Acting Deputy Assistant Secretary
Office of Adult Services
Louisiana Department of Corrections
225-342-6654 (office)
225-328-0334 (cell)

On Dec 7, 2016, at 4:52 PM, ANGELA GRIFFIN <agriffin@corrections.state.la.us> wrote:

> We do not know the date or Parish of conviction until we receive the PreClass. The below email from downstairs says sentenced in Orleans. We are trying to get information on him but cannot do anything until we receive it.
>
> Thanks,
>
> Angela Griffin
>
>
> PERRY STAGG---12/07/2016 04:05:20 PM---Date and Parish of conviction? Perry R. Stagg, CCE
>
> PERRY STAGG/LSP/CORRECTIONS
>
> 12/07/2016 04:05 PM
>
> To ANGELA GRIFFIN/CORRECTIONS@CORRECTIONS
> cc
> Subject Re: Fw: Leon Burse no doc # dob 12-26-1972[ Link]
>
> Date and Parish of conviction?
>
> Perry R. Stagg, CCE
> Acting Deputy Assistant Secretary
> Office of Adult Services
> Louisiana Department of Corrections
> (225)342-6654 office
> (225)328-0334 cell
>
> ANGELA GRIFFIN---12/07/2016 04:01:36 PM---He does not have a DOC number because we have not received PreClass paperwork on this offender. The only way to give an offend
>
> ANGELA GRIFFIN/CORRECTIONS
>
> 12/07/2016 04:01 PM
>
> To PERRY STAGG/LSP/CORRECTIONS@CORRECTIONS
> cc
> Subject Re: Fw: Leon Burse no doc # dob 12-26-1972[ Link]

He does not have a DOC number because we have not received PreClass paperwork on this offender. The only way to give an offender a DOC number is if the Parish of Conviction sends in the PreClass paperwork showing him as DOC, including AFIS fingerprint verification.

Thanks,

Angela Griffin


PERRY STAGG---12/07/2016 12:11:43 PM---Can you tell me why he has no DOC so I can ease the families concerns. Thanks

PERRY STAGG/LSP/CORRECTIONS

To ANGELA GRIFFIN/CORRECTIONS@CORRECTIONS
cc
Subject Fw: Leon Burse no doc # dob 12-26-1972

12/07/2016 12:11 PM

Can you tell me why he has no DOC so I can ease the families concerns.

Thanks

Perry R. Stagg, CCE
Acting Deputy Assistant Secretary
Office of Adult Services
Louisiana Department of Corrections
(225)342-6654 office
(225)328-0334 cell

---- Forwarded by PERRY STAGG/LSP/CORRECTIONS on 12/07/2016 12:11 PM ----

Monisa Lentz/CORRECTIONS

To PERRY STAGG/LSP/CORRECTIONS@CORRECTIONS
cc Barbara McMullan/CORRECTIONS@CORRECTIONS, Elizabeth Traylor/CORRECTIONS@CORRECTIONS, Raven Groom/CORRECTIONS@CORRECTIONS, Malcolm Myer/CORRECTIONS@CORRECTIONS
Subject Fw: Leon Burse no doc # dob 12-26-1972

12/07/2016 ardonal

9:
4
8
A
M

Perry:

FYI - Offender's family is calling again about him not having a DOC #. Per the caller, the offender has filed an ARP. Please handle as appropriate.

Thank you.
Monisa

------ Forwarded by Barbara McMullan/CORRECTIONS on 12/07/2016 09:19 AM ------

From: Barbara McMullan/CORRECTIONS on 11/28/2016 11:08 AM

To: Malcolm Myer/CORRECTIONS
cc:

## While You Were Out

**Contact:**
Linda Hargrove-Johns
**of:**
RE: Leon Burse no # DOB 12-26-1972
**Phone:**            **FAX:**
504-512-2548

**Message:**
Has spoked to Monisa about getting her son's time calculated several times. He still doesn't have a DOC number.

Monisa D. Lentz
Department of Public Safety and Corrections
Office of the Deputy Secretary
P.O. Box 94304
Baton Rouge, LA 70804
225-342-6744
225-342-3095 Fax

------ Forwarded by Monisa Lentz/CORRECTIONS on 12/07/2016 09:45 AM ------

M  ToPERRY STAGG/LSP/CORRECTIONS
o   ccMalcolm Myer/CORRECTIONS@CORRECTIONS, Barbara
ni     McMullan/CORRECTIONS@CORRECTIONS, Raven
s      Groom/CORRECTIONS@CORRECTIONS, Elizabeth
a      Traylor/CORRECTIONS@CORRECTIONS
L  SuLeon Burse no doc # dob 12-26-1972
e  bje
n  ct
tz
/
C
O

CORRECTIONS 11/22/2016 11:01 AM

Perry:

The above referenced offender was sentenced to 1 year DOC & 4 years probation upon release on August 8th in Orleans Criminal Court, Section C. He has since been transferred to Riverbend Detention Center. Please handle as appropriate.

Thank you,
Monisa

Monisa D. Lentz
Department of Public Safety and Corrections
Office of the Deputy Secretary
P.O. Box 94304
Baton Rouge, LA 70804
225-342-6744
225-342-3095 Fax

—— Forwarded by Monisa Lentz/CORRECTIONS on 11/22/2016 10:57 AM ——

| | |
|---|---|
| Barbara McMullan/CORRECTIONS | To Monisa Lentz/CORRECTIONS@CORRECTIONS<br>cc<br>Subject Leon Burse no doc # dob 12-26-1972 |

11/22/2016 09:30 AM

Linda Hargrove-Jones called again about her son, the above referenced offender. She states that he was sentenced August 8, 2016 and has no DOC number or time calculated as of yet. She can be reached at (H)504-309-6277 or (C)504-512-2548

Thank you.

| ANGELA GRIFFIN/CORRECTIONS | To | ANGELA SMITH/CORRECTIONS@CORRECTIONS, |
|---|---|---|
| 12/07/2016 04:52 PM | cc | |
| | bcc | |
| | Subject | Fw: Leon Burse no doc # dob 12-26-1972 |

See me on this please......................................

Thanks,

Angela Griffin

----- Forwarded by ANGELA GRIFFIN/CORRECTIONS on 12/07/2016 04:52 PM -----

| PERRY STAGG/LSP/CORRECTIONS | To | ANGELA GRIFFIN/CORRECTIONS@CORRECTIONS |
|---|---|---|
| 12/07/2016 04:05 PM | cc | |
| | Subject | Re: Fw: Leon Burse no doc # dob 12-26-1972 |

Date and Parish of conviction?

Perry R. Stagg, CCE
Acting Deputy Assistant Secretary
Office of Adult Services
Louisiana Department of Corrections
(225)342-6654 office
(225)328-0334 cell

| ANGELA GRIFFIN | He does not have a DOC number because we h... | 12/07/2016 04:01:36 PM |

| ANGELA GRIFFIN/CORRECTIONS | To | PERRY STAGG/LSP/CORRECTIONS@CORRECTIONS |
|---|---|---|
| 12/07/2016 04:01 PM | cc | |
| | Subject | Re: Fw: Leon Burse no doc # dob 12-26-1972 |

He does not have a DOC number because we have not received PreClass paperwork on this offender. The only way to give an offender a DOC number is if the Parish of Conviction sends in the PreClass paperwork showing him as DOC, including AFIS fingerprint verification.

Thanks,

Angela Griffin

| PERRY STAGG | Can you tell me why he has no DOC so I can ea... | 12/07/2016 12:11:43 PM |

PERRY STAGG/LSP/CORRECTIONS

|  |  |  |
|---|---|---|
| S<br>12/07/2016 12:11 PM | To | ANGELA GRIFFIN/CORRECTIONS@CORRECTIONS |
|  | cc |  |
|  | Subject | Fw: Leon Burse no doc # dob 12-26-1972 |

Can you tell me why he has no DOC so I can ease the families concerns.

Thanks

Perry R. Stagg, CCE
Acting Deputy Assistant Secretary
Office of Adult Services
Louisiana Department of Corrections
(225)342-6654 office
(225)328-0334 cell

----- Forwarded by PERRY STAGG/LSP/CORRECTIONS on 12/07/2016 12:11 PM -----



|  |  |  |
|---|---|---|
| Monisa Lentz/CORRECTIONS<br>12/07/2016 09:48 AM | To | PERRY STAGG/LSP/CORRECTIONS@CORRECTIONS |
|  | cc | Barbara McMullan/CORRECTIONS@CORRECTIONS, Elizabeth Traylor/CORRECTIONS@CORRECTIONS, Raven Groom/CORRECTIONS@CORRECTIONS, Malcolm Myer/CORRECTIONS@CORRECTIONS |
|  | Subject | Fw: Leon Burse no doc # dob 12-26-1972 |

Perry:

FYI - Offender's family is calling again about him not having a DOC #. Per the caller, the offender has filed an ARP. Please handle as appropriate.

Thank you.
Monisa
----- Forwarded by Barbara McMullan/CORRECTIONS on 12/07/2016 09:19 AM -----

From:    Barbara McMullan/CORRECTIONS on 11/28/2016 11:08 AM

To:      Malcolm Myer/CORRECTIONS
cc:

## While You Were Out
Contact:
Linda Hargrove-Johns
of:
RE: Leon Burse   no # DOB 12-26-1972
Phone:              FAX:

504-512-2548
☒ Telephoned      ☐ Will Return
☒ Please Call       ☐ Left Package
☐ Will Call Again  ☐ Please See Me
☐ Returned Call   ☐ Urgent
☐ Was In

**Message:**
Has spoked to Monisa about getting her son's time calculated several times. He still doesn't have a DOC number.

Monisa D. Lentz
Department of Public Safety and Corrections
Office of the Deputy Secretary
P.O. Box 94304
Baton Rouge, LA 70804
225-342-6744
225-342-3095 Fax

----- Forwarded by Monisa Lentz/CORRECTIONS on 12/07/2016 09:45 AM -----



Monisa Lentz/CORRECTIONS
11/22/2016 11:01 AM

To   PERRY STAGG/LSP/CORRECTIONS
cc   Malcolm Myer/CORRECTIONS@CORRECTIONS, Barbara McMullan/CORRECTIONS@CORRECTIONS, Raven Groom/CORRECTIONS@CORRECTIONS, Elizabeth Traylor/CORRECTIONS@CORRECTIONS
Subject   Leon Burse no doc # dob 12-26-1972

Perry:

The above referenced offender was sentenced to 1 year DOC & 4 years probation upon release on August 8th in Orleans Criminal Court, Section C. He has since been transferred to Riverbend Detention Center. Please handle as appropriate.

Thank you,
Monisa

Monisa D. Lentz
Department of Public Safety and Corrections
Office of the Deputy Secretary
P.O. Box 94304
Baton Rouge, LA 70804
225-342-6744
225-342-3095 Fax

----- Forwarded by Monisa Lentz/CORRECTIONS on 11/22/2016 10:57 AM -----



Barbara McMullan/CORRECTIONS
11/22/2016 09:30 AM

To   Monisa Lentz/CORRECTIONS@CORRECTIONS
cc
Subject   Leon Burse no doc # dob 12-26-1972



Linda Hargrove-Jones called again about her son, the above referenced offender. She states that he was sentenced August 8, 2016 and has no DOC number or time calculated as of yet. She can be reached at (H)504-309-6277 or (C)504-512-2548

Thank you.