

**ANGELA
SMITH/CORRECTIONS**
12/08/2016 02:57 PM

To    ANGELA GRIFFIN/CORRECTIONS@CORRECTIONS
cc
bcc
Subject  Fw: orleans offenders

FYI

Thanks
Angela Smith, Corrections ARDC Manager
Headquarters - Pre Class
Out of State / Federal
asmith@corrections.state.la.us
Phone   225-342-2331
Fax     225-342-3861
Fax     225-342-3759
----- Forwarded by ANGELA SMITH/CORRECTIONS on 12/08/2016 02:57 PM -----



Laura Sevier
<laura_johnson62@hotmail.
com>
12/08/2016 02:29 PM

To    ANGELA SMITH <asmith@corrections.state.la.us>
cc    "glynnstassi@corrections.state.la.us"
      <glynnstassi@corrections.state.la.us>
Subject  Re: orleans offenders

Good afternoon, Angela and Glynn,

Attached is a spreadsheet of offenders that we were unable to bill DOC for during the month of
November. This list contains only the offenders transferred from Orleans Parish. On this sheet
is the original transfer date to River Bend and the DOC date that Corey Amacker provided to me
via e-mail. Most of these guys we have keyed in to AFIS for OPP. Unfortunately some slipped
through the cracks either because OPP did not send us the sentencing paperwork or they were
overlooked by us. We have tried to go back and make sure that we have everyone from
November forward. You will see that some of these offenders went DOC in prior months but are
not updated in CAJUN yet. A few of the offenders came to us from OPP as DOC already. We
did not put them on AFIS. Corey advised that OPP personnel had already processed them in that
case.

If you find that you are missing preclass paperwork on any of the offenders, please let me know I
will see if we have it. I can have our personnel print a copy of the AFIS information and we can
copy the paperwork we have on file and send it to you.

Basically I have provided the DOC number when I can find them on CAJUN, name, race and
sex, date of birth, transfer date to River Bend from OPP. If there is no "transferred to" date then

Crittindon002335

2 of 5

the offenders have remained here from the original "transfer date" to present day.  They were transported for sentencing on their DOC date by our personnel and returned to us the same day.

I am going to work my way backward from November to July.  Hopefully, we will be able to stay up to date each month.  After the first of the year, I will prepare the same information for the offenders that we could not bill for in December.

Laura Sevier

River Bend Detention Center


**From:** ANGELA SMITH <asmith@corrections.state.la.us>
**Sent:** Thursday, December 8, 2016 8:17 AM
**To:** laura_johnson62@hotmail.com
**Subject:** orleans offenders

Good morning

Can you send me an updated list of offenders that are housed with you from Orleans parish that are DOC without paperwork  ??

Thanks
Angela Smith, Corrections ARDC Manager
Headquarters - Pre Class
Out of State / Federal
asmith@corrections.state.la.us
Phone    225-342-2331
Fax       225-342-3861

Fax       225-342-3759 ⬜ - OPP offenders - 112016.xlsx

Crittindon002336

| DOC | Name | R/S | DOB | Transfer Date | DOC Date | Transferred To | Transfer Out Date |
|---|---|---|---|---|---|---|---|
| ███ | ███ | B/M | 9/23/1985 | 5/3/2016 | 10/25/2016 | | |
| | | B/M | 6/21/1997 | 3/23/2016 | 10/7/2016 | | |
| | | B/M | 12/9/1985 | 9/29/2016 | 11/9/2016 | | |
| | | B/M | 4/22/1996 | 5/21/2016 | 9/9/2016 | | |
| | | B/M | 1/31/1989 | 7/29/2016 | 9/14/2016 | | |
| | | B/M | 5/21/1970 | 10/24/2016 | 10/24/2016 | OPP | 11/21/2016 |
| | | B/M | 12/26/1972 | 8/18/2016 | 8/18/2016 | | |
| | | B/M | 2/4/1979 | 5/14/2016 | 8/15/2016 | | |
| | | W/M | 5/20/1980 | 5/3/2016 | 9/12/2016 | | |
| | Cobb, Steven | W/M | 10/22/1974 | 6/10/2016 | 6/28/2016 | | |
| | Copelin, Eddie | B/M | 1/18/1995 | 5/13/2016 | 10/14/2016 | | |
| ███ | ███ | B/M | 4/13/1988 | 5/13/2016 | 9/12/2016 | | |
| | Crittindon, Jessie | B/M | 8/27/1986 | 5/25/2016 | 8/2/2016 | | |
| 556238 | Dominick, Phillip | B/M | 12/4/1989 | 9/13/2015 | 9/1/2016 | Home | 12/7/2016 |
| ███ | ███ | B/M | 6/19/1984 | 5/14/2016 | 11/4/2016 | | |
| | | B/M | 12/2/1978 | 11/11/2016 | 11/11/2016 | | |
| | | B/M | 12/3/1957 | 9/10/2016 | 10/27/2016 | | |
| | | B/M | 10/31/1986 | 3/31/2016 | 8/9/2016 | | |
| | | B/M | 9/16/1987 | 8/18/2016 | 8/18/2016 | | |
| | | B/M | 2/18/1987 | 6/22/2016 | 7/13/2016 | | |
| | | B/M | 11/3/1986 | 1/22/2016 | 10/7/2016 | | |
| | | B/M | 2/28/1967 | 9/29/2016 | 10/14/2016 | | |
| | | B/M | 11/25/1985 | 8/18/2016 | 8/18/2016 | | |
| | | B/M | 10/14/1996 | 5/13/2016 | 11/14/2016 | | |

Crittindon002337

| | | | | | | |
|---|---|---|---|---|---|---|
| | B/M | 2/2/1998 | 3/31/2016 | 10/14/2016 | | |
| | B/M | 4/26/1989 | 5/3/2016 | 10/14/2016 | | |
| | B/M | 5/26/1986 | 9/29/2016 | 9/29/2016 | OPP | 11/30/2016 |
| | B/M | 9/22/1991 | 6/10/2016 | 9/22/2016 | | |
| | B/M | 3/26/1979 | 4/1/2016 | 9/23/2016 | | |
| | W/M | 10/29/1949 | 3/9/2016 | 7/15/2016 | | |
| | B/M | 4/9/1969 | 3/9/2016 | 10/28/2016 | | |
| | W/M | 5/11/1980 | 7/29/2016 | 10/6/2016 | | |
| | B/M | 7/5/1990 | 6/10/2016 | 9/1/2016 | | |
| | B/M | 4/18/1963 | 6/29/2016 | 10/19/2016 | | |
| | B/M | 8/21/1989 | 7/22/2016 | 9/8/2016 | | |
| | W/M | 11/2/1978 | 3/9/2016 | 6/16/2016 | | |
| | B/M | 9/24/1987 | 3/23/2016 | 7/13/2016 | OPP | 12/5/2016 |
| | W/M | 6/6/1992 | 9/10/2016 | 10/6/2016 | River CC | 12/2/2016 |
| | B/M | 12/5/1994 | 3/31/2016 | 3/15/2016 | Home | 11/3/2016 |
| | B/M | 1/2/1998 | 3/9/2016 | 10/14/2016 | | |
| | B/M | 10/5/1991 | 5/3/2016 | 6/3/2016 | | |
| | B/M | 11/4/1989 | 5/14/2016 | 10/12/2016 | | |
| | B/M | 12/25/1987 | 7/22/2016 | 10/21/2016 | | |
| | B/M | 4/18/1996 | 9/10/2016 | 9/10/2016 | | |
| | B/M | 11/3/1984 | 5/14/2016 | 7/7/2016 | OPP | 11/15/2016 |
| | B/M | 3/9/1981 | 5/14/2016 | 9/27/2016 | | |
| | B/M | 11/19/1975 | 9/16/2016 | 10/14/2016 | | |
| | B/M | 4/22/1979 | 8/18/2016 | 9/8/2016 | | |
| | B/M | 2/21/1967 | 9/10/2016 | 9/10/2016 | | |
| | B/M | 6/25/1994 | 10/21/2016 | 10/21/2016 | | |

4 of 5

Crittindon002338

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ██████ | ███████ | B/M | 10/6/1974 | 6/22/2016 | 10/14/2016 | St. John/Bapt | 12/8/2016 |
| | | B/M | 8/3/1994 | 9/16/2016 | 10/25/2016 | OPP | 12/5/2016 |
| | | B/M | 12/11/1991 | 9/10/2015 | Unknown | | |
| | | B/M | 10/2/1980 | 8/18/2016 | 8/18/2016 | | |
| | | W/M | 10/19/1970 | 2/24/2016 | 7/22/2016 | | |
| | | B/M | 10/22/1987 | 6/29/2016 | 7/14/2016 | | |
| | | B/M | 5/31/1988 | 5/13/2016 | 9/1/2016 | | |

Crittindon002339