ANGELA GRIFFIN/CORRECTIONS
01/09/2017 03:35 PM

To ANGELA SMITH/CORRECTIONS@CORRECTIONS,
cc
bcc
Subject Fw: Offender Donald Guidry #713219

Please have someone send Corey an email in reference to this offender.  He may be on the one's he is getting from Riverbend today or tomorrow.

Thanks,

Angela Griffin

----- Forwarded by ANGELA GRIFFIN/CORRECTIONS on 01/09/2017 03:34 PM -----

PERRY STAGG/LSP/CORRECTIONS
01/09/2017 02:45 PM

To ANGELA GRIFFIN/CORRECTIONS@CORRECTIONS, ANGELA SMITH/CORRECTIONS@CORRECTIONS
cc
Subject Fw: Offender Donald Guidry #713219

please handle as you see fit

Perry R. Stagg, CCE
Deputy Assistant Secretary
Office of Adult Services
Louisiana Department of Corrections
(225)342-6654 office
(225)328-0334 cell

----- Forwarded by PERRY STAGG/LSP/CORRECTIONS on 01/09/2017 02:44 PM -----


Monisa Lentz/CORRECTIONS
01/09/2017 10:34 AM

To PERRY STAGG/LSP/CORRECTIONS@CORRECTIONS
cc Malcolm Myer/CORRECTIONS@CORRECTIONS, Raven Groom/CORRECTIONS@CORRECTIONS, Elizabeth Traylor/CORRECTIONS@CORRECTIONS
Subject Fw: Offender Donald Guidry #713219

Perry:

Please have the appropriate staff member look into this,

Thanks,
Monisa

Monisa D. Lentz
Department of Public Safety and Corrections
Office of the Deputy Secretary


EXHIBIT 29

Crittindon002007

P.O. Box 94304
Baton Rouge, LA 70804
225-342-6744
225-342-3095 Fax

----- Forwarded by Monisa Lentz/CORRECTIONS on 01/09/2017 10:33 AM -----



Raven Groom/CORRECTIONS
01/09/2017 09:42 AM

To  Monisa Lentz/CORRECTIONS@CORRECTIONS
cc  Elizabeth Traylor/CORRECTIONS@CORRECTIONS
Subject  Offender Donald Guidry #713219

Ms. Jemica White (504-205-0083) called in regards to Offender Guidry time calculation. She mentioned Offender Guidry was sentenced July 15, 2016. She is concerned that the offender might be due for release if his time is calculated.

Please handle as appropriate.

Crittindon002008



Raven Groom
Administrative Coordinator
Louisiana Department of Public Safety & Corrections
Office of the Secretary

Crittindon002009