UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| JESSIE CRITTINDON et al.,<br><br>　　Plaintiffs,<br><br>　　v.<br><br>MARLIN GUSMAN et al.,<br><br>　　Defendants. | Case No. 3:17-cv-00512-SDD-EWD |
| c/w | |
| EDDIE COPELIN et al.,<br><br>　　Plaintiffs,<br>　　v.<br><br>MARLIN GUSMAN et al.,<br><br>　　Defendants. | Case No. 3:17-cv-00602-BAJ-EWD |

**JOINT NOTICE OF PARTIAL SETTLEMENT**

**NOW INTO COURT**, through undersigned counsel, come all plaintiffs to these consolidated matters, Jessie Crittindon, Leon Burse, Eddie Copelin, Phillip Dominick III, and Donald Guidry; and Defendants Marlin Gusman, Corey Amacker and Susan Hutson (collectively the "OPSO Defendants"), who, pursuant to Local Civil Rule 16(c), respectfully submit that they have reached an agreement to resolve all claims made by the plaintiffs against the OPSO Defendants in these consolidated matters. Accordingly, Plaintiffs and the OPSO Defendants hereby request that the Court issue a 60-day Order of Dismissal solely as to all claims against

Marlin Gusman, Corey Amacker, and Susan Hutson in order for the parties to finalize and effect the settlement.

All of the plaintiffs' claims against the Department of Public Safety and Corrections Defendants (James LeBlanc, Perry Stagg, and Angela Griffin) remain before this Honorable Court.

                                               Respectfully submitted,

/s/Andrew C. Abrams
ANDREW C. ABRAMS (#32280)
**Leake & Andersson, LLP**
1100 Poydras St., Ste. 1700
New Orleans, LA 70163
Phone: 504-585-7500
Fax:    504-585-7775
Email: aabrams@leakeandersson.com

*Counsel for the Orleans Parish Sheriff's Office, Marlin Gusman, Corey Amacker, and Susan Hutson*

s/ Emily Washington
Emily M. Washington, La. Bar No. 34143, T.A.
James W. Craig, La. Bar No. 33687
**Roderick & Solange MacArthur Justice Center**
4400 S. Carrollton Ave.
New Orleans, LA 70119
(504) 620-2259 (p)
(504) 208-3133 (f)
emily.washington@macathurjustice.org
jim.craig@macarthurjustice.org

*Attorneys for Plaintiffs Jessie Crittindon, Leon Burse, Eddie Copelin, Phillip Dominick III, and Donald Guidry*

## CERTIFICATE OF SERVICE

I do hereby certify that on this the 2nd day of August 2023, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent by operation of the court's electronic filing system.

                                               /s/ Andrew C. Abrams