UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JESSIE CRITTINDON, ET. AL** | * | |
| | * | **CIVIL ACTION** |
| **VERSUS** | * | |
| | * | **NO. 17-512-SDD-EWD c/w** |
| **MARLIN GUSMAN, ET. AL** | * | **NO. 17-602-SDD-EWD** |
| | * | |
| *Consolidated with* | * | **JUDGE SHELLY D. DICK** |
| | * | |
| **EDDIE COPELIN, ET AL** | * | **MAGISTRATE JUDGE** |
| | * | **ERIN WILDER-DOOMES** |
| **VERSUS** | * | |
| | * | |
| **MARLIN GUSMAN, ET AL** | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**JOINT NOTICE OF PARTIAL SETTLEMENT**

**NOW INTO COURT,** through undersigned counsel, come all Plaintiffs to these consolidated matters, Jessie Crittindon, Leon Burse, Eddie Copelin, Phillip Dominick III, and Donald Guidry, and Defendants, James LeBlanc, Perry Stagg, and Angela Griffin (collectively referred to as the "DPSC Defendants"), who, pursuant to Local Civil Rule 16(c), respectfully submit that they have reached an agreement to resolve all claims made by the Plaintiffs against the DPSC Defendants in these consolidated matters. Accordingly, Plaintiffs and the DPSC Defendants hereby request that the Court issue a 60-day Order of Dismissal solely as to all claims against James LeBlanc, Perry Stagg, and Angela Griffin in order for the parties to finalize and effect the settlement.

Settlement agreements have now been reached as to all of the Plaintiffs' claims against all Defendants in this matter.

Respectfully submitted,

**JEFF LANDRY**
**Attorney General**

By:    s/ Andrew Blanchfield
Andrew Blanchfield, T.A. (#16812)
E: ablanchfield@keoghcox.com
C. Reynolds LeBlanc (#33937)
E: rleblanc@keoghcox.com
Christopher K. Jones (#28101)
E: cjones@keoghcox.com
Chelsea A. Payne (#35952)
E: cpayne@keoghcox.com
Special Assistant Attorneys General
701 Main Street (70802)
Post Office Box 1151
Baton Rouge, Louisiana 70821
Telephone: (225) 383-3796
Facsimile: (225) 343-9612

*(Counsel for the Louisiana Department of Public Safety and Corrections Defendants, James LeBlanc, Perry Stagg, and Angela Griffin)*

**RODERICK & SOLANGE MacARTHUR JUSTICE CENTER**

By:    s/ Emily M. Washington
Emily M. Washington (#34143), T.A.
E: emily.washington@macarthurjustice.org
James W. Craig (#33687)
E: jim.craig@macarthurjustice.org
4400 S. Carrollton Ave.
New Orleans, Louisiana 70119
Telephone: (504) 620-2259
Facsimile: (504) 208-3133

*(Counsel for Plaintiffs, Jessie Crittindon, Leon Burse, Eddie Copelin, Phillip Dominick III, and Donald Guidry)*

## CERTIFICATE OF SERVICE

I hereby certify that I have this date electronically filed the foregoing with the Clerk of Court by utilizing the CM/ECF system, and a copy of the above and foregoing was this day forwarded by the Court's ECF Delivery System to all counsel of record.

Baton Rouge, Louisiana, this 4th day of August, 2023.

          _s/ Andrew Blanchfield_
          ANDREW BLANCHFIELD